UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

REINA ISABEL FERNANDEZ and
SERGIO FLORES, her husband

      Plaintiffs,

vs.

UNITED STATES OF AMERICA

      Defendants.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR BENCH TRIAL

Plaintiffs, REINA ISABEL FERNANDEZ (at times hereinafter, "MS. FERNANDEZ")

and SERGIO FLORES, her husband, sues Defendant, UNITED STATES OF AMERICA and

allege:

1.     This is an action for damages arising out of medical negligence caused by the

negligent or wrongful acts or omissions of an employee and/or agent of the United States

government while acting within the course and scope of his/her employment, under circumstances

where the UNITED STATES OF AMERICA, if a private person, would be liable to the Plaintiffs

under the laws of the State of Florida, where the act or omission occurred [28 U.S.C. §1346(b)].

2.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1346(b) and 28 U.S.C.

§2671 – 2680, also known as the Federal Tort Claims Act.

3.     SERGIO FLORES is the spouse of REINA ISABEL FERNANDEZ.

Reina Isabel Fernandez v. United States of America
Complaint for Damages
CASE NUMBER:
Page | 2

4.      Plaintiffs, REINA ISABEL FERNANDEZ and SERGIO FLORES, have fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act. *(A copy of the Standard Form 95 and the Return Receipt cards are attached hereto as Exhibit "A")*

5.      This suit has been timely filed, in that Plaintiffs, REINA ISABEL FERNANDEZ and SERGIO FLORES, timely served notice of the claim on Allen Silanee, M.D., Silanee Medical, LLC, Miami Beach Community Health Center, and United States Department of Health and Human Services less than two years after the incident forming the basis of this suit.

6.      Plaintiffs' claim against Miami Beach Community Health Center was denied via correspondence from the Department of Health & Human Services dated September 13, 2019. *(A copy of said correspondence is attached hereto as Exhibit "B")*

7.      At all times material, the Plaintiffs, REINA ISABEL FERNANDEZ and SERGIO FLORES, were and are residents of Miami-Dade County and are otherwise sui juris.

8.      At all times material, Miami Beach Community Health Center was and is a Federally Qualified Health Center operating under Section 330 of the Public Health Service Act. Pursuant to Section 224(h) of the Public Health Service Act, 42 U.S.C. 233(h) as amended by the Federally Supported Health Centers Assistance Act of 1995 (Pub. L. 104-73), Miami Beach Community Health Center as well as its employees, agents and/or contractors, including, but not limited to Allen Silanee, M.D., have been deemed employees of the Federal Government.

9.      At all times material, Defendant, UNITED STATES OF AMERICA, operated and/or otherwise controlled the healthcare facility known as Miami Beach Community Health Center.

10. At all times material, Allen Silanee, M.D., was and is an employee and/or agent of Defendant, UNITED STATES OF AMERICA, and provided medical care and services at the healthcare facility known as Miami Beach Community Health Center.

11. At all times material, Miami Beach Community Health Center, by and through its medical, nursing, and ancillary staff including, but not limited to Allen Silanee, M.D., provided medical care and treatment to REINA ISABEL FERNANDEZ, in Miami-Dade County, Florida, out of which treatment this lawsuit arises.

## FACTS GIVING RISE TO THE CLAIM

12. REINA ISABEL FERNANDEZ is a 51 year-old female.

13. REINA ISABEL FERNANDEZ first presented to Allen Silanee, M.D. on May 2, 2018 with complaints of pelvic pain. Allen Silanee, M.D. provided care and treatment in the form of obstetrician-gynecological services to REINA ISABEL FERNANDEZ.

14. MS. FERNANDEZ attended a follow-up appointment with Allen Silanee, M.D. on May 21, 2018, and an endometrial biopsy was performed. MS. FERNANDEZ was then referred for surgery.

15. MS. FERNANDEZ had a pre-operative consultation with Allen Silanee, M.D. on July 11, 2018. MS. FERNANDEZ was thereafter cleared for surgery.

16. Allen Silanee, M.D. performed a robotic assisted hysterectomy and left salpingo-oophorectomy on MS. FERNANDEZ at North Shore Medical Center on July 17, 2018.

17. Allen Silanee, M.D. negligently performed the robotic assisted hysterectomy and left salpingo-oophorectomy on MS. FERNANDEZ on July 17, 2018, causing injury to the right

Reina Isabel Fernandez v. United States of America
Complaint for Damages
CASE NUMBER:
P a g e | **4**

ureter. The injury was not disclosed to MS. FERNANDEZ. MS. FERNANDEZ was discharged from North Shore Medical Center on July 18, 2018.

18.     MS. FERNANDEZ was next treated by Allen Silanee, M.D. on July 25, 2018 for post-operative examination following the aforementioned surgery. During this visit, MS. FERNANDEZ complained of flank pain since the time of the surgery.

19.     Allen Silanee, M.D. again failed to appropriately and emergently diagnose the ureter injury on July 25, 2018. Dr. Silanee also failed to admit MS. FERNANDEZ to the hospital and failed to document the significance of ten days of continued flank pain following surgical procedures.

20.     As a direct and proximate result of the negligence of UNITED STATES OF AMERICA, by and through its employees, agents or servants, including, but not limited to Miami Beach Community Health Center and Allen Silanee, M.D., Ms. Fernandez suffered serious permanent injury, which continues to this day.

## COUNT I –MEDICAL NEGLIGENCE CLAIM AGAINST
## UNITED STATES OF AMERICA

Plaintiff adopts and re-alleges prior paragraphs 1 through 20 and further alleges:

23.     At all times hereto, Defendant, UNITED STATES OF AMERICA, through its employee/agent Allen Silanee, M.D., held himself out to the public as a physician licensed to practice in the State of Florida in the field of obstetrics and gynecology.

24.     Defendant, UNITED STATES OF AMERICA, through its employee/agent Allen Silanee, M.D. and the medical staff at Miami Beach Community Health Center, had a duty to diagnose, treat perform medical services and/or otherwise care for REINA ISABEL FERNANDEZ in accordance with that level of care, skill and treatment in light of all relevant

Reina Isabel Fernandez v. United States of America
Complaint for Damages
CASE NUMBER:
P a g e | **5**

surrounding circumstances, is recognized as acceptable and appropriate by reasonably prudent similar health care providers.

      25.    Notwithstanding said duties, the Defendant, UNITED STATES OF AMERICA, through its employee/agent Allen Silanee, M.D., was negligent and breached said duties in one or more of the following ways:

      a.  Failure to appropriately identify and protect the ureter during the laparoscopic procedure;

      b.  Negligently causing a laceration and/or injury to the right ureter during the surgery of July 17, 2018;

      c.  Failure to timely and appropriately identify and treat the complication of injury to ureter;

      d.  Failure to perform an intraoperative cystoscopy prior to the completion of a total laparoscopic hysterectomy, especially in the presence of presumed endometriosis and multiple fibroids;

      e.  Failure to timely address the postoperative ten day history of flank pain and timely initiate emergency evaluation and treatment of the same;

      f.  Failure to initiate emergent care on July 25, 2018 based upon the reported ten day history of ongoing flank pain;

      g.  Failure to provide appropriate discharge instructions to REINA ISABEL FERNANDEZ with regard to her discharge from North Shore Medical Center on July 18, 2018.

      26.    As a direct and proximate result of the actions of Defendant, UNITED STATES OF AMERICA, through its employee/agent Allen Silanee, M.D., in the breach of the standard of care as outlined above, has proximately caused, contributed and/or aggravated injuries to REINA ISABEL FERNANDEZ.

Reina Isabel Fernandez v. United States of America
Complaint for Damages
CASE NUMBER:
P a g e | **6**

27.  As a result of the aforementioned acts and omissions by Allen Silanee, M.D., MS.

FERNANDEZ experienced a laceration to her ureter, multiple procedures, permanent impairment,

and the prospect of future surgeries.  In addition, MS. FERNANDEZ suffers from permanent

physical injuries, disfigurement, severe physical and medical pain and suffering, mental pain and

suffering, mental anguish, disability, physical impairment, scarring, loss of capacity for the

enjoyment of life, humiliation, inconvenience, past and future medical needs, including medical

expenses, rehabilitative and vocational care and assistance.

WHEREFORE, Plaintiff, REINA ISABEL FERNANDEZ, demands judgment against

UNITED STATES OF AMERICA in an amount in excess of the Court's judicial limits, pre and

post judgment interest as allowed by law, costs for bringing this action, reasonable attorney's fees

and demands a bench trial of all issues so triable.

### COUNT II – CLAIM FOR LACK OF INFORMED CONSENT AGAINST UNITED STATES OF AMERICA

Plaintiff adopts and re-alleges prior paragraphs 1 through 20 and further alleges:

28.    At all times material hereto, UNITED STATES OF AMERICA, through its

employee/agent Allen Silanee, M.D., had a duty to disclose information sufficient to give a

reasonable person a general understanding of the reason for recommendations for the proposed

procedures and medically acceptable alternative treatments by reasonably prudent similar

obstetricians and gynecologists.

29.  Prior to the procedures of July 17, 2018, UNITED STATES OF AMERICA, through

its employee/agent Allen Silanee, M.D. negligently failed to advise Plaintiff, REINA ISABEL

FERNANDEZ, in the following ways:

    a.  Failure to adequately advise and warn against risks of potential complications of surgery due to the presumed endometriosis and multiple fibroids, including but not limited to, damage to the ureter;

    b.  Failure to advise or warn of the need for immediate emergency care in the days following surgery should pain not improve;

    c.  Failure to fully advise of non-surgical alternatives in order to treat MS. FERNANDEZ' condition given her age and pre-existing conditions;

    d.  Failure to adequately discuss and disclose to MS. FERNANDEZ the risks of the procedures, and lack of medical necessity of the procedures;

30.    As a result of such negligence, REINA ISABEL FERNANDEZ was induced to undergo the procedures performed on July 17, 2018.

31.  Had REINA ISABEL FERNANDEZ been advised of the alternative treatment choices, risks, dangers, side effects, and appropriate follow-up protocols, she would not have consented to the surgical procedures performed on July 17, 2018.

32.    As a direct and proximate result of the actions of Defendant, UNITED STATES OF AMERICA, through its employee/agent Allen Silanee, M.D., in the lack of proper informed consent as outlined above, UNITED STATES OF AMERICA has proximately caused, contributed and/or aggravated injuries to REINA ISABEL FERNANDEZ.

WHEREFORE, Plaintiff, REINA ISABEL FERNANDEZ demands judgment against UNITED STATES in an amount in excess of the Court's judicial limits, pre and post judgment interest as allowed by law, costs for bringing this action, reasonable attorney's fees and demands a bench trial of all issues so triable.

## COUNT III – DERIVATIVE CLAIMS OF SERGIO FLORES

Plaintiff adopts and re-alleges prior paragraphs 1 through 20 and further alleges:

Reina Isabel Fernandez v. United States of America
Complaint for Damages
CASE NUMBER:
P a g e | **8**

40.     At all times material hereto, Plaintiff, SERGIO FLORES, was and is married to

REINA ISABEL FERNANDEZ and as a result of the negligent conduct and damages alleged

herein, has suffered the loss of his wife's consortium, including the loss of her society, comfort,

assistance, service and companionship.

WHEREFORE, Plaintiff, SERGIO FLORES, demands judgment against Defendant,

UNITED STATES OF AMERICA in an amount in excess of the Court's judicial limits, pre and

post judgment interest as allowed by law, costs for bringing this action, reasonable attorney's fees

and demands a bench trial of all issues so triable.

## **DEMAND FOR BENCH TRIAL**

Plaintiffs, REINA ISABEL FERNANDEZ and SERGIO FLORES, her husband, hereby

demand a bench trial on all issues so triable.

DATED:          October 2, 2019.

> NOSICH & GANZ, Attorneys at Law
> **Attorneys for Plaintiff**
> 75 Valencia Avenue, Suite 1100
> Coral Gables, FL 33134
> Tel:     (305) 442-4800
> Fax:    (305) 442-2339
> Email: mganz@ngattorneys.com;
> dfutch@ngattorneys.com
> dfeight@ngattorneys.com
> lgrillo@ngattorneys.com

> *Marc P. Ganz*

By:     _____

> Marc P. Ganz, Esquire
> Florida Bar Number: 949337
> Daniel J. Feight, Esquire
> Florida Bar Number: 99749



# NOSICH & GANZ
## ATTORNEYS AT LAW

MARC P. GANZ
JAMES J. NOSICH
IAN B. MILLER
MICHAEL R. ODROBINA
THOMAS C. HEATH
ALINE O. MARCANTONIO
DANIEL J. FEIGHT

RONNI S. ROTHSTEIN
ADMINISTRATOR

PARALEGALS
SONIA JOHNSON, FRP
RITA MARTINEZ, RN
JAMIE ARDEN, FRP
RUTH TODD, RN

75 VALENCIA AVENUE
SUITE 1100
CORAL GABLES, FLORIDA 33134
TELEPHONE (305) 442-4800
FACSIMILE (305) 442-2339

200 SOUTHWEST FIRST AVENUE
SUITE 930
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (754) 222-5215
FACSIMILE (305) 735-6674

April 30, 2019

**Via Certified Mail/Return Receipt Requested**
U.S. Department of Health and Human Services
Office of General Counsel
Claims and Employment Law Branch
330 C Street SW
Switzer Building, Suite 2600
Washington, D.C. 20201
**Attention: Claims**

RE:   Our Clients:          Reina Isabel Fernandez and Sergio Flores
      Our File Number:       8.19015

Dear Sir/Madam:

    In accordance with the attached communication from counsel for Miami Beach Community Health Center and Allen H. Silanee, M.D., we are forwarding the attached Tort Claim Form notifying the Agency of the claim involving care and treatment rendered by Dr. Allen Silanee and Miami Beach Community Health Center. We are also providing, as attachments, a copy of the communication from counsel from Miami Beach Community Health Center and Dr. Silanee but also the Notice of Intent and attachments thereto, as well as additional documents responsive the elements of Tort Claim Form. If you believe there are elements of the form that are missing, please contact us immediately so we may rectify the needed information. If there is additional information that the Agency needs to review this matter, again, please notify us accordingly. We look forward to the Agency's response in this regard.

Very truly yours,

Marc P. Ganz

MPG/dsf
Enclosures

EXHIBIT "A"

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 3010 0001 1378 4063

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| US Department of Health Human Services, Office of General Counsel, Claims & Employment Law Branch, 330 C Street SW, Attention: Claims, Switzer Building 2600, Washington, D.C. 20201 | Reina Isabel Fernandez<br>1890 N.E. 154th Terrace<br>Miami, FL 33162<br>Claimant's representative: see attached. |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | Married | 07/17/2018 | Multiple | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See Notice of Intent and attachments thereto.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See Notice of Intent and attachments thereto, as well as the most recent medical records for the claimant.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Reina Isabel Fernandez and Sergio G. Flores | 1890 N.E. 154 Terrace, Miami, FL 33162 |
| Allen H. Silanee, M.D. | 700 Alton Road, Miami Beach, FL 33139 |
| Staff-Miami Beach Community Health Ctr. | 700 Alton Road, Miami Beach, FL 33139 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 0.00 | 4,200,000 | 0.00 | 4,200,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* on behalf of client | 305-442-4800 x-610 | 4/30/2019 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    17. If deductible, state amount.

With regard to medical expenses, please see the attached lien from the Rawlings Company.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

| INSTRUCTIONS |
|---|

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

| PRIVACY ACT NOTICE |
|---|

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A.  Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  Principal Purpose: The information requested is to be used in evaluating claims.
C.  Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

| PAPERWORK REDUCTION ACT NOTICE |
|---|

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3601. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

 

HEALTH LAW

*(850) 850-521-1708*
*wdillon@gunster.com*

April 17, 2019

**Via Certified Mail Return**
**Receipt Requested**
**7014 1820 0001 6565 8677**

Marc P. Ganz
Nosich & Ganz PA
75 Valencia Avenue, Suite 1100
Coral Gables, Florida 33134

**Re:**   **Notice of Intent to Initiate Litigation for Medical Malpractice**
**Your Clients: Reina Isabel Fernandez and Sergio G. Flores**
**Our Clients: Miami Beach Community Health Center, Inc., and professional**
**providers including, Allen H, Silanee, M.D.**

Dear Mr. Ganz:

This office represents the Miami Beach Community Health Center, Inc., ("MBCHC") and its professional providers including, Allen H. Silanee, M.D., that where employed during the time of the alleged negligence referenced in your correspondence dated April 4, 2019. Our representation in this matter is limited to providing you with notice of MBCHC's status as Federally Qualified Health Center   Please allow this letter to serve as a response to your correspondence to the aforementioned, dated April 4, 2019.

MBCHC is a Federally Qualified Health Center operating under Section 330 of the Public Health Service Act. Pursuant to Section 224(h) of the Public Health Service Act, 42 U.S.C. 233(h) as amended by the Federally Supported Health Centers Assistance Act of 1995 (Pub. L. 104-73), MBCHC, its employees and certain contractors have been deemed employees of the Federal Government for limited purposes. As "deemed" employees of the Federal Government, MBCHC and its employees/contractors are eligible for liability protection under the Federal Tort Claims Act ("FTCA") for personal injury, including death, resulting from the performance of medical, surgical, dental and related functions.   A copy of MBCHC's FTCA Deeming Notice for the period in question is enclosed with this correspondence.

Based on your correspondence you have indicated that your client, Reina Isabel Fernandez, was treated by Dr. Allen Silanee and Silanee Medical, LLC. During the time of the alleged incident Dr. Silanee was employed by MBCHC and it appears that he was treating your client as an employee of MBCHC.  Silanee Medical, LLC is not affiliated with MBCHC nor does it appear to have any involvement in this matter.  However, our office only represents MBCHC and Dr.

Marc P. Ganz
April 17, 2019
Page 2

Silanee, solely in his capacity as an employee of MBCHC.    (Please note that your
correspondence also references services being provided to "Lilly Hemphill". My client is
unaware of Ms. Hemphill and assume that her reference in your correspondence was in error.)

It is my client's good faith belief and understanding that your client's sole remedy, insofar as it
relates to MBCHC and any physician employed during the time of the alleged incident, including
Dr. Silanee, would be to file an administrative claim (FTCA Claim Form SF-95) with the United
States Department of Health and Human Services ("HHS").   Additionally, as the real party in
interest in this matter is the United States government, my client is unable to participate in the
pre-suit discovery process and/or provide any information regarding this matter, other than
copies of the patient's medical records, without the express written approval of the HHS General
Counsel's Office.  The HHS General Counsel's Office will be notified of your client's potential
claim.  I have provided the below contact information for your convenience.

U.S. Department of Health and Human Services
Office of the General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Attention: Claims
Switzer Building, Suite 2600
Washington, DC 20201
Fax No.: 202-619-2922
HHS-FTCA-Claims@hhs.gov

Should you have any questions regarding this matter, including but not limited to my client's
limitations with regard to the pre-suit process, please do not hesitate to contact me at (850) 521-
1980.

                                    Very truly yours,
                                    **The Gunster Firm**



                                    William P. Dillon

/WPD

| | |
|---|---|
| **1. ISSUE DATE:** 8/11/2017 | |
| **2a. FTCA DEEMING NOTICE NO.:** 1-F00000268-17-01 | |
| **2b. Supersedes:** [ ] | |
| **3. COVERAGE PERIOD:** FROM: 1/1/2018 THROUGH: 12/31/2018 | DEPARTMENT OF HEALTH AND HUMAN SERVICES HEALTH RESOURCES AND SERVICES ADMINISTRATION |
| **4. NOTICE TYPE:** Renewal | |
| **5a. ENTITY NAME AND ADDRESS:** Miami Beach Community Health Center 710 ALTON RD MIAMI BEACH, FL 33139 | **HRSA** |
| | **NOTICE OF DEEMING ACTION** |
| | **FEDERAL TORT CLAIMS ACT AUTHORIZATION:** Federally Supported Health Centers Assistance Act (FSHCAA), as amended, Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| **6. ENTITY TYPE:** Grantee | |
| **7. EXECUTIVE DIRECTOR:** Mark L Rabinowitz | |
| **8a. GRANTEE ORGANIZATION:** Miami Beach Community Health Center | |
| **8b. GRANT NUMBER:** H80CS00182 | |

**9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

    a. The authorizing program legislation cited above.
    b. The program regulation cited above, and,
    c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

**10. Remarks:**

The check box [X] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Tonya Bowers, Deputy Associate Administrator for Primary Health Care on: 8/11/2017 9:59:08 AM*

| FTCA DEEMING NOTICE NO.: 1-F00000268-17-01 | GRANT NUMBER: H80CS00182 |  |

**Miami Beach Community Health Center**
**710 ALTON RD**
**MIAMI BEACH, FL 33139**

Dear Mark L Rabinowitz:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems Miami Beach Community Health Center to be an employee of the PHS, for the purposes of section 224, effective 1/1/2018 through 12/31/2018.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both Miami Beach Community Health Center and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the Bureau of Primary Health Care (BPHC) Help Line at 1-877-974-2742 or bphchelpline@hrsa.gov.

+18669556694

# The Rawlings Company

POST OFFICE BOX 2000
LAGRANGE, KENTUCKY 40031-2000

# FAX COVER SHEET

| | |
|---|---|
| **TO:** | Mr. Maret Ganz |
| **DATE:** | April 03, 2019 |
| **FAX NUMBER:** | (305) 442-2339 |
| **PHONE:** | (305) 442-4800 |
| **FROM:** | Blanca E Wade<br>Subrogation Recovery Analyst |
| **PHONE:** | 502-814-2096 |
| **FAX:** | 502-276-8416 |

| Re: | | |
|---|---|---|
| | Our Client: | Florida Blue |
| | Member/Patient: | Sergio Flores/Reina Fernandez |
| | Date of Injury: | 07/17/2018 |
| | Our Reference No.: | 93670914 |
| | Your Number: | 8.19015 |

**Confidential Healthcare Information Enclosed**

Healthcare information is personal and sensitive information, and you, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Disclosure of this information without additional patient consent or as permitted by law is prohibited. Unauthorized disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and destroy the related message.

Blanca E Wade Reference No. 93670914

+18669556664

**The Rawlings Company** LLC
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

April 03, 2019

Marct Ganz
Nosich & Ganz
75 Valencia Ave, Ste. 1100
Miami, FL 33134

Re:  Our Client:          Florida Blue
     Member/Patient:      Sergio Flores/Reina Fernandez
     Date of Injury:      07/17/2018
     Our Reference No.:   93670914
     Your Number:         8.19015

### Notice of Lien/Claim

Dear Mr. Ganz:

The health plan has a lien/claim for medical benefits paid on behalf of Reina Fernandez related to the above noted incident. This lien/claim may apply to any recovery from any party, whether by judgment, settlement or payment.

As the patient's representative you are to cooperate in protecting the health plan's interest. At the time of settlement, contact our office to resolve the outstanding lien. The Rawlings Company and the health plan object to the distribution of <u>any</u> funds to your client until the health plan's subrogation/reimbursement interests are fully satisfied.

The health plan's interest applies to any amount now due or which may hereafter become payable out of a recovery collected or to be collected, whether by judgment, settlement, or compromise, from any party hereby notified. No settlement of any claim should be made prior to notifying our office of the potential settlement and reaching an agreement for satisfaction of our client's interest.

Please acknowledge this notice by completing the enclosed information form and returning it to P.O. Box 2000, La Grange, KY 40031-2000. Thank you.

Sincerely,

*Blanca Wade*

Blanca E Wade | Subrogation Recovery Analyst
PH: 502-814-2096 | FAX: 502-276-8416
BEW0@rawlingscompany.com

+18669556684

## REQUEST FOR CLAIM INFORMATION

Member/Patient:      Sergio Flores/Reina Fernandez
Our Reference No.:   93670914
**Please Return Form to: Blanca E Wade  FAX: 502-276-8416**

Date of Loss: _____/_____/_____        State of Loss: _____.

Type of Loss/Accident Details/Injuries:

_____

_____

1.  <u>Med Pay/PIP/No-Fault/UM/UIM</u> - Company/Claim Number: _____

_____

| Med Pay/PIP/No-Fault Adjuster Name | Phone/Fax | Coverage Amount |
|---|---|---|

_____

| UM/UIM Adjuster Name | Phone/Fax | Coverage Amount |
|---|---|---|

➢  **If payments have already been issued by your office, please provide a copy of your payment ledger.  This will allow us to verify that no payments made by your office have been duplicated by the medical payments already made by our client**

2.  <u>Plaintiff Attorney/At-Fault Carrier(s)/Defense Counsel</u>

_____

| Plaintiff Attorney | Address | Phone/Fax |
|---|---|---|

_____

| At-Fault Carrier | Claim Number/Adjuster Name | Phone/Fax |
|---|---|---|

_____

| Defense Attorney | Address | Phone/Fax |
|---|---|---|

### <u>Check all that apply</u>

| ☐ Settled/Settling | Comments: |
|---|---|
| ☐ Denied/Not Denied/Dropped/Lost Case/Appealing | Comments: |
| ☐ Pending/Other | Comments: |

I hereby represent that I am the attorney for Reina Fernandez.

_____        _____
Print Name (Attorney)           Signature and Date

_____        _____
Phone Number                    Fax Number

# FAX RX Report

**KYOCERA**

MFP

## ECOSYS M2535dn

Firmware Version  2PL_2000.001.102 2013.11.21

04/03/2019 10:52
[2PM_1000.002.001] [2PM_1100.001.004] [2PL_7000.001.006]

| No. | Date and Time | Destination | Type | Times | Page | Result |
|-----|---------------|-------------|------|-------|------|--------|
| 00001 | 03/15/19 10:53 | 3055596511 | FAX | 0°00'50" | 001 | OK |
| 00002 | 03/15/19 13:40 | | FAX | 0°01'02" | 002 | OK |
| 00003 | 03/19/19 21:11 | | FAX | 0°00'45" | 001 | OK |
| 00004 | 03/20/19 09:33 | | FAX | 0°00'41" | 001 | OK |
| 00005 | 03/20/19 09:55 | | FAX | 0°00'58" | 001 | OK |
| 00006 | 03/20/19 09:58 | | FAX | 0°04'38" | 001 | OK |
| 00007 | 03/20/19 10:11 | 9544840027 | FAX | 0°00'43" | 001 | OK |
| 00008 | 03/20/19 13:54 | 7863206891 | FAX | 0°01'07" | 003 | OK |
| 00009 | 03/20/19 13:56 | 7863206891 | FAX | 0°01'08" | 004 | OK |
| 00010 | 03/20/19 15:20 | | FAX | 0°01'14" | 004 | OK |
| 00011 | 03/21/19 08:03 | 6145839055 | FAX | 0°00'38" | 001 | OK |
| 00012 | 03/22/19 08:30 | 9549242280 | FAX | 0°01'56" | 005 | OK |
| 00013 | 03/22/19 13:42 | 6506556633 | FAX | 0°02'15" | 001 | OK |
| 00014 | 03/23/19 17:06 | 4 | FAX | 0°00'47" | 000 | U01160 |
| 00015 | 03/25/19 09:58 | | FAX | 0°53'16" | 055 | U19000 |
| 00016 | 03/25/19 11:02 | | FAX | 0°46'47" | 077 | U19000 |
| 00017 | 03/25/19 11:50 | | FAX | 0°08'27" | 011 | U00656 |
| 00018 | 03/25/19 12:04 | | FAX | 0°07'08" | 013 | OK |
| 00019 | 03/25/19 12:39 | | FAX | 0°00'50" | 002 | OK |
| 00020 | 03/25/19 13:50 | | FAX | 0°04'34" | 008 | OK |
| 00021 | 03/27/19 11:48 | 7863206891 | FAX | 0°00'56" | 000 | U01194 |
| 00022 | 03/27/19 11:54 | 7863206891 | FAX | 0°00'58" | 002 | OK |
| 00023 | 03/27/19 12:22 | 3055573445 | FAX | 0°05'36" | 019 | OK |
| 00024 | 03/27/19 16:15 | 9549670778 | FAX | 0°00'54" | 002 | OK |
| 00025 | 03/27/19 16:39 | | FAX | 0°00'48" | 002 | OK |
| 00026 | 03/27/19 16:40 | | FAX | 0°00'48" | 002 | OK |
| 00027 | 03/28/19 10:47 | | FAX | 0°00'46" | 001 | OK |
| 00028 | 03/28/19 11:29 | | FAX | 0°00'45" | 001 | OK |
| 00029 | 03/29/19 07:44 | 5612537898 | FAX | 0°01'22" | 003 | OK |
| 00030 | 03/29/19 10:17 | | FAX | 0°00'40" | 001 | OK |
| 00031 | 03/29/19 15:50 | | FAX | 0°04'08" | 014 | OK |
| 00032 | 03/29/19 16:24 | | FAX | 0°00'55" | 002 | OK |
| 00033 | 04/01/19 11:28 | +18669556684 | FAX | 0°01'16" | 003 | OK |
| 00034 | 04/01/19 15:07 | | FAX | 0°01'18" | 003 | OK |
| 00035 | 04/02/19 08:22 | 9545372721 | FAX | 0°22'45" | 019 | OK |
| 00036 | 04/02/19 09:46 | 9545372721 | FAX | 0°10'10" | 014 | U01193 |
| 00037 | 04/02/19 09:57 | 9545372721 | FAX | 0°33'26" | 027 | U01193 |
| 00038 | 04/02/19 10:31 | 9545372721 | FAX | 0°01'36" | 000 | U01193 |
| 00039 | 04/02/19 10:33 | 9545372721 | FAX | 0°08'54" | 008 | U01193 |
| 00040 | 04/02/19 10:43 | 9545372721 | FAX | 0°01'36" | 000 | U01193 |
| 00041 | 04/02/19 10:46 | 9545372721 | FAX | 0°00'55" | 000 | U01193 |
| 00042 | 04/02/19 10:47 | 9545372721 | FAX | 0°00'55" | 000 | U01193 |
| 00043 | 04/02/19 10:51 | 9545372721 | FAX | 0°00'55" | 000 | U01193 |
| 00044 | 04/02/19 10:53 | 9545372721 | FAX | 0°00'56" | 000 | U01193 |
| 00045 | 04/02/19 11:34 | | FAX | 0°00'45" | 001 | OK |
| 00046 | 04/02/19 11:56 | 7863206891 | FAX | 0°01'04" | 002 | OK |
| 00047 | 04/02/19 15:13 | | FAX | 0°12'36" | 038 | OK |
| 00048 | 04/02/19 15:51 | 9547560243 | FAX | 0°29'37" | 059 | OK |
| 00049 | 04/03/19 10:48 | 1 | FAX | 0°01'12" | 002 | OK |
| 00050 | 04/03/19 10:51 | +18669556684 | FAX | 0°01'15" | 003 | OK |

+18669556684

# Rawlings Company

POST OFFICE BOX 2000
LAGRANGE, KENTUCKY 40031-2000

## FAX  COVER SHEET

TO:                    Mr. Maret Ganz

DATE:                  April 03, 2019

FAX NUMBER:            (305) 442-2339

PHONE:                 (305) 442-4800

FROM:                  Blanca E Wade
                       Subrogation Recovery Analyst

PHONE:                 502-814-2096

FAX:                   502-276-8416

Re:   Our Client:        Florida Blue
      Member/Patient:    Sergio Flores/Reina Fernandez
      Date of Injury:    07/17/2018
      Our Reference No.: 93670914
      Your Number:       8.19015

### Confidential Healthcare Information Enclosed

Healthcare information is personal and sensitive information, and you, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Disclosure of this information without additional patient consent or as permitted by law is prohibited. Unauthorized disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and destroy the related message.

Blanca E Wade Reference No. 93670914

+18869558684

**The Rawlings Company** LLC
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

April 03, 2019

Marct Ganz
Nosich & Ganz
75 Valencia Ave, Ste. 1100
Miami, FL 33134

Re:   Our Client:         Florida Blue
      Member/Patient:     Sergio Flores/Reina Fernandez
      Date of Loss:       07/17/2018
      Our Reference No.:  93670914
      Your Number:        8.19015
      Claim Amount:       $31,386.01

Dear Mr. Ganz:

Enclosed, please find a summary of the medical expenses paid by our client on behalf of Reina Fernandez.  Please notify me if any of the charges are unrelated to the accident.

If you have information that indicates our client has paid claims that are not listed on the attached summary, please advise so we may investigate.  As you are aware, the amount of the claim may increase if additional health benefits are paid.  Therefore, please contact me prior to settlement to obtain the final amount.

We are also requesting an update on this claim.  Please provide the current status.  You may fax your response to the number listed below.

Sincerely,

Blanca E Wade

Blanca E Wade | Subrogation Recovery Analyst
Ph: 502-814-2096 | Fax: 502-276-8416 |
BEW0@rawlingscompany.com

Comments:

_____

_____
_____

Healthcare information is personal and sensitive information, and you, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Disclosure of this information without additional patient consent or as permitted by law is prohibited.

Florida Blue                         The Rawlings Company                  Wednesday, April 03, 2019 10:58 AM

| | |
|---|---|
| Patient's Name: Reina Fernandez | Make Checks Payable To: |
| | The Rawlings Company |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade |
| | PO Box 2000 |
| File Number: 19FBH0400453 | La Grange, KY 40031 |

Paid Amount Subject to Change:
Please Call 502-814-2096 for final paid amount

Representative: Blanca E Wade

| Trmt. Date In | Trmt. Date Out | Claim No | Provider | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount | Remaining Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/2018 | 07/17/2018 | Q100000684475 161 | BAKER, SUSAN R | D25.1 | Intramural leiomyoma of uterus | 88307 | TISSUE EXAM BY PATHOLOGIST, LEVEL V | $774.00 | $254.63 | $254.63 |
| 07/17/2018 | 07/17/2018 | N00001R1141569 553 | DARIEN, NASSER | D25.1 | Intramural leiomyoma of uterus | 58571 | TLH W/T/O 250 G OR LESS | $3,188.00 | $129.82 | $129.82 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | | | $0.00 | $7,774.01 | $7,774.01 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 120 | ROOM-BOARD/SEM | $1,771.00 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 250 | PHARMACY | $1,491.11 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 270 | MED-SUR SUPPLIES | $7,030.74 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 272 | STERILE SUPPLY | $13,569.82 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 300 | LABORATORY | $3,454.51 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 310 | PATHOLOGY LAB | $1,109.01 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 370 | ANESTHESIA | $9,284.23 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | 410 | RESPIRATORY SVC | $125.97 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000583341 | NORTH SHORE | D25.1 | Intramural | 636 | DRUG/DETAIL | $132.65 | $0.00 | $0.00 |

| Florida Blue | | | | The Rawlings Company | | | Wednesday, April 03, 2019 10:58 AM | |
|---|---|---|---|---|---|---|---|---|

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | 655 | MEDICAL CENTER | | Leiomyoma of uterus | | L CODE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J0330 | SUCCINYCHOL INE CL, TO 20 MG, INJECT | $235.50 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J0690 | CEFAZOLIN SODIUM, TO 500 MG, INJECT | $513.24 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J1170 | HYDROMORP HONE, TO 0.4 MG, INJECTION | $90.36 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J1650 | ENOXAPARIN SODIUM, 30 MG, INJECTION | $313.36 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J2250 | MIDAZOLAM HCL, PER 1 MG, INJECTION | $17.18 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J2405 | ONDANSETRO N HCL, PER 1 MG, INJECT | $477.60 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J2704 | | $75.00 | $0.00 | $0.00 |
| 07/17/2018 | 07/18/2018 | Q100000683341 655 | NORTH SHORE MEDICAL CENTER | D25.1 | Intramural leiomyoma of uterus | J2710 | NEOSTIGMINE METHYLSULF, TO 0.5GM,INJ | $351.00 | $0.00 | $0.00 |
| 07/17/2018 | 07/17/2018 | M0001R113959 3834 | SILANEE, ALLEN K | D25.9 | Leiomyoma of uterus, unspecified | 58290 | VAGINAL HYSTRERCT, UTERUS >250 GM | $2,615.09 | $1,021.03 | $1,021.03 |
| 07/17/2018 | 07/17/2018 | M0001R113959 3834 | SILANEE, ALLEN K | D25.9 | Leiomyoma of uterus, unspecified | 59151 | TREAT ECTOPIC PREGNANCY/L APAROSCOPY | $1,981.00 | $347.35 | $347.35 |

Florida Blue      The Rawlings Company      Wednesday, April 03, 2019 10:58 AM

| | |
|---|---|
| Patient's Name: Reina Fernandez | Make Checks Payable To:    Paid Amount Subject to Change: |
| | The Rawlings Company    Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade |
| | PO Box 2000    Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/2018 | 07/25/2018 | RXO0000560271 729 | IBUPROFEN - IBUPROFEN TAB 800 MG | | | | $1.05 | $1.05 | $1.05 |
| 07/25/2018 | 07/25/2018 | RXO0000560249 387 | CEPHALEXIN - CEPHALEXIN CAP 500 MG | | | | $7.39 | $7.39 | $7.39 |
| 07/26/2018 | 07/26/2018 | QI0000070418T 812 | MOORE, ROBIN M | R10.9 | Fever, unspecified | 99285 | EMERGENCY DEPT VISIT, HIGH COMPLEX | $1,859.00 | $436.23 | $436.23 |
| 07/26/2018 | 07/27/2018 | QI0000068682T 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 250 | PHARMACY | $13.24 | $0.74 | $0.74 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 250 | PHARMACY | $13.24 | $0.74 | $0.74 |
| 07/26/2018 | 07/27/2018 | QI0000068682T 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 250 | PHARMACY | $9.62 | $0.54 | $0.54 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 250 | PHARMACY | $6.76 | $0.38 | $0.38 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 250 | PHARMACY | $9.62 | $0.54 | $0.54 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 270 | MED-SUR SUPPLIES | $1,198.01 | $66.80 | $66.80 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 270 | MED-SUR SUPPLIES | $191.92 | $10.70 | $10.70 |
| 07/26/2018 | 07/27/2018 | QI0000068682T 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 271 | NON-STER SUPPLY | $1,005.94 | $56.09 | $56.09 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 271 | NON-STER SUPPLY | $1,005.94 | $56.09 | $56.09 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE | R10.9 | Unspecified | 272 | STERILE | $2,283.57 | $127.43 | $127.43 |

| Florida Blue | | | The Rawlings Company | | | Wednesday, April 03, 2019 10:58 AM | | |

| Patient's Name: Reina Fernandez | | | Make Checks Payable To:<br>The Rawlings Company<br>Attn: Bianca E Wade<br>PO Box 2000<br>La Grange, KY 40031 | | | Paid Amount  Subject to Change:<br>Please Call 502-814-2096 for final paid amount<br><br>Representative: Bianca E Wade | | |
|---|---|---|---|---|---|---|---|---|
| Member's Name: Reina Fernandez | | | | | | | | |
| File Number: 19FBH0400453 | | | | | | | | |

| | | 313 | MEDICAL CENTER | | | | SUPPLY | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 272 | STERILE SUPPLY | $2,295.57 | $127.43 | $127.43 |
| 07/26/2018 | 07/25/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/26/2018 | 07/25/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/25/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/26/2018 | 07/25/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 370 | ANESTHESIA | $4,836.88 | $269.68 | $269.68 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 370 | ANESTHESIA | $4,836.88 | $269.68 | $269.68 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 52005 | CYSTOSCOPY/ URETHRAL CATHETER | $7,436.94 | $414.65 | $414.65 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 52005 | CYSTOSCOPY/ URETHRAL CATHETER | $7,436.94 | $414.65 | $414.65 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 52332 | CYSTOSCOPY/ INSERTION OF STENT | $7,436.94 | $414.65 | $414.65 |

Please write this number on your check:
19FBH0400453

4

| Florida Blue | | The Rawlings Company | | | | Wednesday, April 03, 2019 10:58 AM | | | |
|---|---|---|---|---|---|---|---|---|---|

| Patient's Name: Reina Fernandez | | Make Checks Payable To: | | | | Paid Amount  Subject to Change: | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | The Rawlings Company | | | | Please Call 502-814-2096 for final paid amount | | | |
| Member's Name: Reina Fernandez | | Attn: Blanca E Wada | | | | | | | |
| | | PO Box 2000 | | | | Representative: Blanca E Wada | | | |
| File Number: 19FBH0400453 | | La Grange, KY 40031 | | | | | | | |

| 07/26/2018 | 07/27/2018 | Q100000586828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 52332 | CYSTOSCOPY/I NSERTION OF STENT | $7,486.04 | $414.65 | $414.65 |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 710 | RECOVERY ROOM | $5,446.87 | $303.69 | $303.69 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 71045 | Radiologic examination, chest; single view | $912.86 | $50.90 | $50.90 |
| 07/26/2018 | 07/27/2018 | Q100000586828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 71045 | Radiologic examination, chest; single view | $912.86 | $50.90 | $50.90 |
| 07/26/2018 | 07/27/2018 | Q100000586828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 74177 | COMPUTED TOMOGRAPHY , ABDOMEN AND PE | $16,517.29 | $920.93 | $920.93 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 74177 | COMPUTED TOMOGRAPHY , ABDOMEN AND PE | $16,517.29 | $920.93 | $920.93 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 74450 | X-RAY EXAM OF URETHRA/BLA DDER | $1,747.26 | $97.42 | $97.42 |
| 07/26/2018 | 07/27/2018 | Q100000586828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 74450 | X-RAY EXAM OF URETHRA/BLA DDER | $1,747.26 | $97.42 | $97.42 |
| 07/26/2018 | 07/26/2018 | Q100000586828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 80048 | METABOLIC PANEL, BASIC | $797.49 | $44.46 | $44.46 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 80048 | METABOLIC PANEL, BASIC | $797.49 | $44.46 | $44.46 |
| 07/26/2018 | 07/26/2018 | Q100000586828 487 | NORTH SHORE MEDICAL | R10.9 | Unspecified abdominal pain | 80053 | METABOLIC PANEL, | $1,583.42 | $88.28 | $88.28 |

Please write this number on your check:
19FBH0400453

5

Tax Id Number: 31-1563156

| Florida Blue | The Rawlings Company | Wednesday, April 03, 2019 10:58 AM |
|---|---|---|

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | CENTER | | | | COMPREHENSI VE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 80053 | METABOLIC PANEL, COMPREHENSI VE | $1,585.42 | $88.28 | $88.28 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 81001 | URINALYSIS, AUTOMATED W/MICROSCOP Y | $673.46 | $37.55 | $37.55 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 81001 | URINALYSIS, AUTOMATED W/MICROSCOP Y | $673.46 | $37.55 | $37.55 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 83605 | LACTIC ACID ASSAY | $401.88 | $22.41 | $22.41 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 83605 | LACTIC ACID ASSAY | $401.88 | $22.41 | $22.41 |
| 07/26/2018 | 07/28/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 85025 | BLD CNT, COMPL CBC W/AUTO DIFF WBC | $400.91 | $22.35 | $22.35 |
| 07/26/2018 | 07/28/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 85025 | BLD CNT, COMPL CBC W/AUTO DIFF WBC | $400.91 | $22.35 | $22.35 |
| 07/26/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 85025 | BLD CNT, COMPL CBC W/AUTO DIFF WBC | $400.91 | $22.35 | $22.35 |
| 07/26/2018 | 07/26/2018 | N9001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 85025 | BLD CNT, COMPL CBC W/AUTO DIFF WBC | $400.91 | $22.35 | $22.35 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL | R10.9 | Unspecified abdominal pain | 87040 | BLOOD CULTURE FOR | $1,217.46 | $67.88 | $67.88 |

Please write this number on your check:        6        Tax Id Number: 31-1563156
19FBH0400453

Florida Blue                          The Rawlings Company                    Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | CENTER | | | | BACTERIA, AEROBIC | | |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 87086 | CULT, BACTR, QUAN COLONY CNT, URINE | $229.64 | $12.80 | $12.80 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 87086 | CULT, BACTR, QUAN COLONY CNT, URINE | $229.64 | $12.80 | $12.80 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96361 | HYDRATE IV INFUSION, ADD-ON | $116.40 | $6.49 | $6.49 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96361 | HYDRATE IV INFUSION, ADD-ON | $116.40 | $6.49 | $6.49 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96361 | HYDRATE IV INFUSION, ADD-ON | -$116.40 | -$6.49 | -$6.49 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96372 | THER/PROPH/ DIAG INJ, SC/IM | $424.35 | $23.66 | $23.66 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96374 | THER/PROPH/ DIAG INJ, IV PUSH | $373.31 | $20.81 | $20.81 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96374 | THER/PROPH/ DIAG INJ, IV PUSH | -$373.31 | -$20.81 | -$20.81 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96374 | THER/PROPH/ DIAG INJ, IV PUSH | $373.31 | $20.81 | $20.81 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96375 | TX/PRO/DX INJ NEW DRUG ADDON | $563.76 | $31.43 | $31.43 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96375 | TX/PRO/DX INJ NEW DRUG ADDON | -$563.76 | -$31.43 | -$31.43 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 | NORTH SHORE | R10.9 | Unspecified | 96375 | TX/PRO/DX INJ | $563.76 | $31.43 | $31.43 |

Please write this number on your check:                          7                          Tax Id Number: 31-1563156
19FBH0400453

| Florida Blue | | | The Rawlings Company | | | Wednesday, April 03, 2019 10:58 AM | | |

| Patient's Name: Reina Fernandez | | Make Checks Payable To: | Paid Amount  Subject to Change: |
| Member's Name: Reina Fernandez | | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| | | Attn: Blanca E Wade | |
| | | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | | La Grange, KY 40031 | |

| | | 313 | MEDICAL CENTER | | abdominal pain | | NEW DRUG ADDON | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 97165 | Occupational therapy eval | -$613.19 | -$34.19 | -$34.19 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 97165 | Occupational therapy eval | $613.19 | $34.19 | $34.19 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 97165 | Occupational therapy eval | $613.19 | $34.19 | $34.19 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 97535 | SELF CARE/HOME MGMNT TRAIN EA 15MIN | $262.84 | $14.65 | $14.65 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 97535 | SELF CARE/HOME MGMNT TRAIN EA 15MIN | $262.84 | $14.65 | $14.65 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 99285 | EMERGENCY DEPT VISIT, HIGH COMPLEX | -$4,475.61 | -$249.54 | -$249.54 |
| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 99285 | EMERGENCY DEPT VISIT, HIGH COMPLEX | $4,475.61 | $249.54 | $249.54 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 99285 | EMERGENCY DEPT VISIT, HIGH COMPLEX | $4,475.61 | $249.54 | $249.54 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C1769 | GUIDE WIRE | $831.99 | $46.39 | $46.39 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C1769 | GUIDE WIRE | $831.99 | $46.39 | $46.39 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 | NORTH SHORE | R10.9 | Unspecified | G2625 | STENT, NON- | $959.73 | $451.07 | $451.07 |

Please write this number on your check:
19FBH0400453

8

Tax Id Number: 31-1563156

Florida Blue                                    The Rawlings Company                       Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount Subject to Change: |
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | 313 | MEDICAL CENTER | | abdominal pain | | COR, TEM WDEL SY | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C2625 | STENT, NON-COR, TEM WDEL SY | $959.73 | $451.07 | $451.07 |
| 07/26/2018 | 07/28/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C9113 | INJ PANTOPRAZO LE SODIUM, VIA | $219.26 | $12.22 | $12.22 |
| 07/26/2018 | 07/28/2018 | N0001R1 145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C9113 | INJ PANTOPRAZO LE SODIUM, VIA | $219.26 | $12.22 | $12.22 |
| 07/26/2018 | 07/28/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C9113 | INJ PANTOPRAZO LE SODIUM, VIA | -$219.26 | -$12.22 | -$12.22 |
| 07/26/2018 | 07/27/2018 | N0001R1 145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | G0378 | HOSPITAL OBSERVATION PER HR | $651.90 | $36.35 | $36.35 |
| 07/26/2018 | 07/28/2018 | N0001R1 145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | G0378 | HOSPITAL OBSERVATION PER HR | $608.44 | $33.95 | $33.95 |
| 07/26/2018 | 07/28/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J1650 | ENOXAPARIN SODIUM, 30 MG, INJECTION | $313.36 | $17.47 | $17.47 |
| 07/26/2018 | 07/28/2018 | N0001R1 145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J1650 | ENOXAPARIN SODIUM, 30 MG, INJECTION | $313.36 | $17.47 | $17.47 |
| 07/26/2018 | 07/28/2018 | Q100000696828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J1650 | ENOXAPARIN SODIUM, 30 MG, INJECTION | -$313.36 | -$17.47 | -$17.47 |
| 07/26/2018 | 07/28/2018 | Q100000696828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J1885 | KETOROLAC TROMETHAMI NE, /15 MG, INJ | -$44.00 | -$2.45 | -$2.45 |

Please write this number on your check:            9                        Tax Id Number: 31-1563156
19FBH0400453

**Florida Blue**                                    **The Rawlings Company**                                    **Wednesday, April 03, 2019 10:58 AM**

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2095 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| 07/26/2018 | 07/26/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J1885 | KETOROLAC TROMETHAMI NE /15 MG, INJ | $44.00 | $2.45 | $2.45 |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J1885 | KETOROLAC TROMETHAMI NE /15 MG, INJ | $44.00 | $2.45 | $2.45 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J2543 | PIPERACILLIN/ TAZOBACTAM | $201.96 | $11.26 | $11.26 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J2543 | PIPERACILLIN/ TAZOBACTAM | $201.96 | $11.26 | $11.26 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J2543 | PIPERACILLIN/ TAZOBACTAM | -$201.96 | -$11.26 | -$11.26 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J3370 | VANCOMYCIN HCL, TO 500 MG, INJECT | $169.40 | $9.44 | $9.44 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J3370 | VANCOMYCIN HCL, TO 500 MG, INJECT | -$169.40 | -$9.44 | -$9.44 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J3370 | VANCOMYCIN HCL, TO 500 MG, INJECT | $169.40 | $9.44 | $9.44 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7030 | NORMAL SALINE INFUSION, 1000 CC | $201.44 | $11.23 | $11.23 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7030 | NORMAL SALINE INFUSION, 1000 CC | $201.44 | $11.23 | $11.23 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7030 | NORMAL SALINE INFUSION, 1000 CC | $201.44 | $11.23 | $11.23 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL | R10.9 | Unspecified abdominal pain | J7030 | NORMAL SALINE | $201.44 | $11.23 | $11.23 |

Florida Blue                                    The Rawlings Company                              Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | CENTER | | | | INFUSION, 1000 CC | | |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 1000 CC | $201.44 | $11.23 | $11.23 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 1000 CC | $201.44 | $11.23 | $11.23 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 1000 CC | -$201.44 | -$11.23 | -$11.23 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 1000 CC | -$201.44 | -$11.23 | -$11.23 |
| 07/26/2018 | 07/26/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 1000 CC | -$201.44 | -$11.23 | -$11.23 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 250 CC | $147.46 | $8.22 | $8.22 |
| 07/26/2018 | 07/27/2018 | N0001R1 145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 250 CC | $147.46 | $8.22 | $8.22 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7050 | NORMAL SALINE INFUSION, 250 CC | -$147.46 | -$8.22 | -$8.22 |
| 07/26/2018 | 07/27/2018 | N0001R1 145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7060 | 5% DEXTROSE/W ATER | $144.65 | $8.05 | $8.05 |
| 07/26/2018 | 07/27/2018 | Q100000686828 | NORTH SHORE | R10.9 | Unspecified | J7060 | 5% | $144.65 | $8.05 | $8.05 |

Please write this number on your check:                                    11                                    Tax Id Number: 31-1563156
19FBH0400453

Florida Blue                                    The Rawlings Company                            Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 487 | MEDICAL CENTER | | abdominal pain | | DEXTROSE/W ATER | | |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J7120 | RINGERS LACTATE, TO 1000 CC, INFUS | $258.36 | $14.40 | $14.40 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J8499 | ORAL PRESCRIP DRUG NON CHEMOTHERA PY | $25.86 | $0.00 | $0.00 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J8499 | ORAL PRESCRIP DRUG NON CHEMOTHERA PY | -$25.86 | $0.00 | $0.00 |
| 07/26/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J8499 | ORAL PRESCRIP DRUG NON CHEMOTHERA PY | $27.24 | $0.00 | $0.00 |
| 07/26/2018 | 07/28/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J8499 | ORAL PRESCRIP DRUG NON CHEMOTHERA PY | $27.24 | $0.00 | $0.00 |
| 07/26/2018 | 07/28/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J8499 | ORAL PRESCRIP DRUG NON CHEMOTHERA PY | -$27.24 | $0.00 | $0.00 |
| 07/26/2018 | 07/27/2018 | Q100000686828 487 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J8499 | ORAL PRESCRIP DRUG NON CHEMOTHERA PY | $25.86 | $0.00 | $0.00 |
| 07/26/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | Q9967 | LCCM 300-399MGI/ML IODINE,1ML | $1,648.00 | $91.88 | $91.88 |

Please write this number on your check:                        12                        Tax Id Number: 31-1563156
19FBH0400453

Florida Blue                    **The Rawlings Company**                    Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | | | $5,446.87 | $303.69 | $303.69 |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | | | $1,198.01 | $66.80 | $66.80 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | | | $2,285.57 | $127.43 | $127.43 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | | | $4,836.88 | $269.58 | $269.58 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | | | $1,005.94 | $56.09 | $56.09 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 52005 | CYSTOSCOPY URETERAL CATHETER | $7,436.94 | $414.65 | $414.65 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 52332 | CYSTOSCOPY & INSERTION OF STENT | $7,436.94 | $414.65 | $414.65 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 74177 | COMPUTED TOMOGRAPHY, ABDOMEN AND PE | $16,517.29 | $920.93 | $920.93 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 74450 | X-RAY EXAM OF URETHRA/BLADDER | $1,747.20 | $97.42 | $97.42 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 83605 | LACTIC ACID ASSAY | $401.88 | $22.41 | $22.41 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96375 | TX/PRO/DX INJ NEW DRUG ADDON | $563.76 | $31.43 | $31.43 |

Florida Blue            The Rawlings Company          Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 97165 | Occupational therapy eval | $619.19 | $34.19 | $34.19 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 97535 | SELF CARE/HOME MGMNT TRAIN EA 15MIN | $242.84 | $14.65 | $14.65 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C1769 | GUIDE WIRE | $831.99 | $46.39 | $46.39 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C2625 | STENT, NON-COR, TEM W/DEL SY | $959.73 | $451.07 | $451.07 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | G0378 | HOSPITAL OBSERVATION PER HR | $651.90 | $36.35 | $36.35 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J2543 | PIPERACILLIN/ TAZOBACTAM | $201.96 | $11.26 | $11.26 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J3370 | VANCOMYCIN HCL, TO 500 MG, INJECT | $169.40 | $9.44 | $9.44 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 77030 | NORMAL SALINE INFUSION, 1000 CC | $201.44 | $11.23 | $11.23 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 77030 | NORMAL SALINE INFUSION, 1000 CC | $201.44 | $11.23 | $11.23 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 77050 | NORMAL SALINE INFUSION, 250 CC | $147.46 | $8.22 | $8.22 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 77060 | 5% DEXTROSE/W ATER | $144.45 | $8.05 | $8.05 |
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J8499 | ORAL | $25.86 | $0.00 | $0.00 |

Please write this number on your check:       14           Tax Id Number: 31-1563156
19FBH0400453

Florida Blue                     The Rawlings Company                     Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To:<br>The Rawlings Company<br>Attn: Blanca E Wade<br>PO Box 2000 | Paid Amount  Subject to Change:<br>Please Call 502-814-2096 for final paid amount |
|---|---|---|
| Member's Name: Reina Fernandez | | |
| File Number: 19FBH0400453 | La Grange, KY 40031 | Representative: Blanca E Wade |

| | | 313 | MEDICAL CENTER | | abdominal pain | | PRESCRIP DRUG NON CHEMOTHERA PY | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/2018 | 07/27/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | Q9967 | LOCM 300-399/ML, IODINE 1ML | $1,648.00 | $91.88 | $91.88 |
| 07/27/2018 | 07/27/2018 | M0001R114301 5655 | ROBBINS, DAVID A | N13.30 | Unspecified hydronephrosis | 52332 | CYSTOSCOPY/I NSERTION OF STENT | $1,500.00 | $199.81 | $199.81 |
| 07/27/2018 | 07/27/2018 | M0001R114301 5655 | ROBBINS, DAVID A | N13.30 | Unspecified hydronephrosis | 99219 | INITIAL OBSERV CARE, MOD COMPLEX | $450.00 | $165.46 | $165.46 |
| 07/27/2018 | 07/27/2018 | Q10000885336 901 | SAID, BINOR B | R10.9 | Unspecified abdominal pain | 74176 | COMPUTED TOMOGRAPHY , ABDOMEN AND PE | $835.00 | $264.79 | $264.79 |
| 07/28/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | | | $9.62 | $0.54 | $0.54 |
| 07/28/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 36415 | Routine venipuncture | $76.43 | $4.26 | $4.26 |
| 07/28/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 80048 | METABOLIC PANEL, BASIC | $797.49 | $44.46 | $44.46 |
| 07/28/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 85025 | BLD CNT, COMPL CBC W/AUTO DIFF WBC | $400.91 | $22.35 | $22.35 |
| 07/28/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | 96372 | THER/PROPH/ DIAG INJ, SQ/IM | $424.35 | $23.66 | $23.66 |
| 07/28/2018 | 07/28/2018 | N0001R1145903 313 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | C9113 | INJ PANTOPRAZO LE SODIUM, VIA | $219.26 | $12.22 | $12.22 |

Please write this number on your check:                     1S                     Tax Id Number: 31-1563156
19FBH0400453

**Florida Blue**                                     **The Rawlings Company**                                  **Wednesday, April 03, 2019 10:58 AM**

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2095 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/2018 | 07/28/2018 | N00018114590315 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | G0378 | HOSPITAL OBSERVATION PER HR | $608.44 | $33.95 | $33.95 |
| 07/28/2018 | 07/28/2018 | N00018114590315 | NORTH SHORE MEDICAL CENTER | R10.9 | Unspecified abdominal pain | J1650 | ENOXAPARIN SODIUM, 30 MG, INJECTION | $313.36 | $17.47 | $17.47 |
| 08/27/2018 | 08/27/2018 | Q100000691336391 | MEDINA, JULIAN A | Z01.818 | Encounter for other preprocedural examination | 71046 | Chest and Abdominal Exams Codes for chest X-rays are simplified: Nine codes are deleted and replaced by four new codes, which are based solely on the number of views, 2 views | $55.00 | $34.22 | $34.22 |
| 08/27/2018 | 08/27/2018 | Q100000691340898 | NORTH SHORE MEDICAL CENTER | Z48.89 | Encounter for other specified surgical aftercare | 71046 | Chest and Abdominal Exams Codes for chest X-rays are simplified: Nine codes are deleted and replaced by four new codes, which are based solely on the number of views, 2 views | $1,769.47 | $132.00 | $132.00 |
| 08/27/2018 | 08/27/2018 | Q100000690645892 | SILANEE, ALLEN H | Z48.89 | Encounter for other specified surgical aftercare | 36415 | Routine venipuncture | $7.00 | $1.80 | $1.80 |
| 09/11/2018 | 09/11/2018 | Q100000693834551 | BHANDARI, AKSHAY | S37.10XD | Unspecified injury of ureter, subsequent encounter | 52332 | CYSTOSCOPY INSERTION OF STENT | $520.00 | $83.89 | $83.89 |

Please write this number on your check:          16                  Tax Id Number: 31-1563156
19FBH0400453

| Florida Blue | | The Rawlings Company | | | | Wednesday, April 03, 2019 10:58 AM | | |

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/11/2018 | 09/11/2018 | Q100000693834 551 | BHANDARI, AKSHAY | 337.10XD | Unspecified injury of ureter, subsequent encounter | 52351 | CYSTURTHSCPY, DIAGNOSTIC | $1,114.00 | $336.91 | $336.91 |
| 09/11/2018 | 09/11/2018 | Q100000693834 551 | BHANDARI, AKSHAY | 337.10XD | Unspecified injury of ureter, subsequent encounter | 74420 | X-RAY OF URINARY TRACT | $62.00 | $19.02 | $19.02 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 250 | PHARMACY | $141.58 | $38.67 | $38.67 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 258 | IV SOLUTIONS | $127.47 | $34.81 | $34.81 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 272 | STERILE SUPPLY | $49.68 | $13.57 | $13.57 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 370 | ANESTHESIA | $1,604.69 | $438.23 | $438.23 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 52332 | CYSTOSCOPY& NSERTION OF STENT | $5,383.39 | $1,743.28 | $1,743.28 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 710 | RECOVERY ROOM | $3,004.78 | $820.61 | $820.61 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 87086 | CULT, BACTR, QUAN COLONY CNT, URINE | $400.95 | $109.50 | $109.50 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | 88300 | TISSUE EXAM BY PATHOLOGIST, LEVEL I | $252.45 | $68.94 | $68.94 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | 337.10XA | Unspecified injury of ureter, initial encounter | C1751 | CATH, INF, PER/CENT/MID LNE | $110.78 | $30.25 | $30.25 |
| 09/11/2018 | 09/11/2018 | Q100000693937 | MOUNT SINAI MEDICAL | 337.10XA | Unspecified injury of ureter, initial | C1758 | CATHETER, | $36.65 | $10.01 | $10.01 |

Please write this number on your check:                    17                    Tax Id Number: 31-1563156
19FBH0400453

**Florida Blue**                    **The Rawlings Company**                    **Wednesday, April 03, 2019 10:58 AM**

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 507 | MEDICAL CENTER | | of ureter, initial amounter | | URETERAL | | |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | C1769 | GUIDE WIRE | $571.35 | $156.17 | $156.17 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | C2617 | STENT, NON-COR, TEM W/O DEL | $104.00 | $57.20 | $57.20 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | J0690 | CEFAZOLIN SODIUM, TO 500 MG, INJECT | $37.50 | $10.24 | $10.24 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | J1100 | DEXAMETHOS ONE SOD PHOS, 4MG/ML, INJ | $17.56 | $4.80 | $4.80 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | J2250 | MIDAZOLAM HCL, PER 1 MG, INJECTION | $9.21 | $2.52 | $2.52 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | J2405 | ONDANSETRO N HCL, PER 1 MG, INJECT | $8.11 | $2.21 | $2.21 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | J2704 | | $34.20 | $9.34 | $9.34 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | J3010 | FENTANYL CITRATE, TO 2 ML, INJECT | $8.71 | $2.38 | $2.38 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | J3490 | DRUGS UNCLASSIFIED | $8.89 | $2.43 | $2.43 |
| 09/11/2018 | 09/11/2018 | Q100000693937 507 | MOUNT SINAI MEDICAL CENTER | S37.10XA | Unspecified injury of ureter, initial encounter | Q9967 | LOCM 300-399MG/ML IODINE,IML | $18.47 | $5.04 | $5.04 |
| 09/11/2018 | 09/11/2018 | Q100000691285 784 | POPPIT, ROBERT | R78.00 | Pure hypercholesterole mia, unspecified | 87026 | CULT, BACTR, QUAN COLONY CNT, | $25.00 | $0.00 | $0.00 |

Please write this number on your check:          18          Tax Id Number: 31-1563156
19FBH0400453

Florida Blue  The Rawlings Company  Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
|---|---|---|
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | URINE Anesth bladder surgery | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/11/2018 | 09/11/2018 | Q100000695030 501 | VOLSKY, ALEXANDER J | S37.10XA | 00910 | URINE Anesth bladder surgery | $700.00 | $448.80 | $448.80 |
| 09/13/2018 | 09/13/2018 | Q100000694157 680 | BHANDARI, AKSHAY | S37.10XD | 99214 | OFFICE/OUTPT VISIT, EST, DETAILED | $337.00 | $97.58 | $97.58 |
| 09/26/2018 | 09/26/2018 | Q100000697042 936 | MOUNT SINAI MEDICAL CENTER | Z01.818 | 71046 | Chest and Abdominal Exams Codes for chest X-rays are simplified: Nine codes are deleted and replaced by four new codes, which are based solely on the number of views. 2 views | $760.65 | $231.00 | $231.00 |
| 09/26/2018 | 09/26/2018 | Q100000711200 970 | YUEN, ANNIE | Z01.818 | 71046 | Chest and Abdominal Exams Codes for chest X-rays are simplified: Nine codes are deleted and replaced by four new codes, which are based solely on the number of views. 2 views | $50.00 | $14.76 | $14.76 |
| 10/08/2018 | 10/08/2018 | Q100000699977 295 | BEHRENS BELLO, VICENTE A | N13.5 | 00942 | Crossing vessel and strictans of ureter without hydronephrosis | $1,700.00 | $1,135.60 | $1,135.60 |
| 10/08/2018 | 10/08/2018 | Q100000711863 313 | BHANDARI, AKSHAY | N13.5 | 50947 | Crossing vessel and strictans of | $4,881.00 | $1,473.55 | $1,473.55 |

Please write this number on your check:  19  Tax Id Number: 31-1563156
19FBH0400453

Florida Blue                           The Rawlings Company                    Wednesday, April 03, 2019 10:58 AM

| Patient's Name: Reina Fernandez | Make Checks Payable To: The Rawlings Company Attn: Blanca E Wade PO Box 2000 La Grange, KY 40031 | Paid Amount Subject to Change: Please Call 502-814-2096 for final paid amount |
|---|---|---|
| Member's Name: Reina Fernandez | | |
| File Number: 19FBH0400453 | | Representative: Blanca E Wade |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | | YSTMY WSTEMY | $0.00 | $1,964.00 | $1,964.00 |
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 214 | CCU/INTERME DIATE | $4,125.00 | $0.00 | $0.00 |
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 300 | LABORATORY | $506.36 | $0.00 | $0.00 |
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 312 | PATHOLOGISTO L | $702.33 | $0.00 | $0.00 |
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 360 | OR SERVICES | $16,495.62 | $0.00 | $0.00 |
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 370 | ANESTHESIA | $2,806.03 | $0.00 | $0.00 |
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 636 | DRUGS/DETAI L CODE | $337.59 | $0.00 | $0.00 |
| 10/08/2018 | 10/09/2018 | Q100000700155 292 | MOUNT SINAI MEDICAL CENTER | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 710 | RECOVERY ROOM | $2,018.83 | $0.00 | $0.00 |
| 10/08/2018 | 10/09/2018 | Q100000710125 368 | SUAZA, MARIBEL | N13.5 | Crossing vessel and stricture of ureter without hydronephrosis | 99223 | INITIAL HOSPITAL CARE, HIGH COMPLEX | $1,297.00 | $269.56 | $269.56 |

Please write this number on your check:                 20                      Tax Id Number: 31-1563156
19FBH0400453

| Florida Blue | The Rawlings Company | Wednesday, April 03, 2019 10:58 AM |
| --- | --- | --- |

| Patient's Name: Reina Fernandez | Make Checks Payable To: | Paid Amount  Subject to Change: |
| --- | --- | --- |
| | The Rawlings Company | Please Call 502-814-2096 for final paid amount |
| Member's Name: Reina Fernandez | Attn: Blanca E Wade | |
| | PO Box 2000 | Representative: Blanca E Wade |
| File Number: 19FBH0400453 | La Grange, KY 40031 | |

| | | | | | | | $277,359.01 | $31,386.01 | $31,386.01 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Please write this number on your check:                                        21                              Tax Id Number: 31-1563156
19FBH0400453



MARC P. GANZ
JAMES J. NOSICH
IAN B. MILLER
MICHAEL R. ODROBINA
THOMAS C. HEATH
ALINE O. MARCANTONIO
DANIEL J. FEIGHT

RONNI S. ROTHSTEIN
ADMINISTRATOR

PARALEGALS
SONIA JOHNSON, FRP
RITA MARTINEZ, RN
JAMIE ARDEN, FRP
RUTH TODD, RN

NOSICH
&GANZ
ATTORNEYS AT LAW

75 VALENCIA AVENUE
SUITE 1100
CORAL GABLES, FLORIDA 33134
TELEPHONE (305) 442-4800
FACSIMILE (305) 442-2339

200 SOUTHWEST FIRST AVENUE
SUITE 930
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (754) 222-5215
FACSIMILE (305) 735-6674

April 4, 2019

**Via Certified Mail (7015 3010 0001 1378 4070)**
**Return Receipt Requested**
Allen Hoonan Silanee, M.D.
710 Alton Road
Miami Beach, Florida 33139

**Via Certified Mail (7015 3010 0001 1378 4087)**
**Return Receipt Requested**
Silanee Medical, LLC
c/o Registered Agent Allen Silanee, M.D.
650 West Avenue, #1401
Miami Beach, Florida 33139

## NOTICE OF INTENT TO INITIATE LITIGATION
## FOR MEDICAL MALPRACTICE

RE:    Our Clients:        Reina Isabel Fernandez and Sergio G. Flores, her husband
       Our File Number:    8.19016

Dear Sir or Madam:

You are hereby notified that Reina Isabel Fernandez and Sergio G. Flores, her husband, intend to initiate litigation for medical malpractice against Allen H. Silanee, M.D. and Silanee Medical, LLC and any providers and entities to whom they bear a legal relationship arising out of the negligent care and treatment of Reina Isabel Fernandez by Allen H. Silanee, M.D., his agents, apparent agents, servants, borrowed servants, and/or employees and/or as a result of the negligent care and treatment by others for whom Allen H. Silanee, M.D. is legally responsible, including those with whom he was engaged in a joint venture or engaged in a common purpose and concerted efforts. The claims are for all damages allowed by law. This notice is given pursuant to Florida Statutes §766.106.

We believe that Allen H. Silanee, M.D. was negligent in his care and treatment to Reina Isabel Fernandez and that the negligence caused or substantially contributed to causing the injuries and damages complained herein. At this point, we believe that the negligent acts in question include but are not limited to:

Notice of Intent to Initiate Litigation For
Medical Malpractice
Reina Isabel Fernandez v. Allen Silanee, M.D.
April 4, 2019
Page 2

A. Negligently performed a robotic assisted hysterectomy and left salpingo-oophorectomy;

B. Failure to protect and ensure no injury to the ureter during the robotic assisted surgical procedure resulting a cutting and/or injury to the right ureter;

C. Failure to timely diagnose the laceration and/or injury to the right ureter, including a failure to perform an intraoperative cystoscopy in a patient with reported histories of fibroids and endometriosis;

D. Failure to timely diagnose an ureter injury post-surgery and prior to discharge from North Shore Medical Center on July 18, 2018 in the face of reported complaints of right sided flank pain;

E. Failure to provide proper discharge instructions to instruct Reina Isabel Fernandez regarding the significance of continued flank pain;

F. Failure to appropriately and emergently diagnose a ureter injury on July 25, 2018. Rather than emergently admit Reina Isabel Fernandez for continued flank pain, Dr. Silanee, for some unexplained reason, ordered a CT scan to be performed but failed to order the admission of the patient to the hospital and failed to note the significance of ten days of continued flank pain post his surgical procedure.

It is our contention that your treatment of Reina Isabel Fernandez represented a breach of prevailing standards of care as set forth in the attached affidavit of Douglas R. Phillips, M.D. Said breach caused and/or contributed to the injury. To the best of our knowledge, Dr. Phillips has never been found guilty of fraud or perjury in any jurisdiction.

At all times material hereto, Silanee Medical LLC was vicariously liable for the negligence of Allen Silanee, M.D.

To the best of Reina Isabel Fernandez's recollection and knowledge, she has been treated by the following health care providers for injuries sustained as a result of your negligence:

1.  Allen Silanee, M.D.
    710 Alton Road
    Miami Beach, Florida 33141

2.  North Shore Medical Center
    1100 N.W. 95th Street
    Miami, Florida 33150

Notice of Intent to Initiate Litigation For
Medical Malpractice
Reina Isabel Fernandez v. Allen Silanee, M.D.
April 4, 2019
Page 3

        3.     Miami Beach Community Health Center
               710 Alton Road
               Miami Beach, Florida 33139

        4.     Mount Sinai Medical Center
               4300 Alton Road
               Miami Beach, Florida 33140

        5.     Akshay Bhandari, M.D.
               4302 Alton Road
               MSOP Suite 540
               Miami Beach, Florida 33140

        6.     David Alan Robbins, M.D.
               12411 Biscayne Boulevard
               North Miami, Florida 33181

It is possible that Reina Isabel Fernandez does not recall all of the treating health care providers affiliated with her care for these injuries. There may be multiple providers at each of these medical facilities who were involved in her care and treatment. If, by reviewing the medical records or by other means, you believe that Reina Isabel Fernandez may have been treated by others, please bring those individuals to our attention. We will be happy to respond to any inquiry you make with regard to any additional specific health care providers you believe may have treated Reina Isabel Fernandez. To assist us in responding to such an inquiry, please provide us with the source of your belief that the person identified may have provided care to Reina Isabel Fernandez.

To the best of Reina Isabel Fernandez's recollection and knowledge, she has been treated by the following healthcare providers during the two year period before your negligence:

        1.     Multiple providers at:
               Miami Beach Community Health Center
               710 Alton Road
               Miami Beach, Florida 33139

Copies of all medical records received by Douglas R. Phillips, M.D. are enclosed. A copy of a limited authorization of the release of medical records is attached hereto.

Florida Statutes §766.106(3)(a) provides that no suit shall be filed for a period of 90 days after notice is served upon a prospective defendant. During this 90-day period, Allen H. Silanee, M.D. and Silanee Medical, LLC or their insurer are to conduct a good faith investigation of this claim, employing one of the several procedures provided for in the statute. We are sure you are

aware that any unreasonable failure to comply with the section justifies the dismissal of defenses in the event a subsequent lawsuit is filed.

In addition to the above, Florida Statutes §766.106(6) provides that:

> Upon receipt by a prospective defendant of a notice of claim, the parties shall make discoverable information available without formal discovery. Failure to do so is grounds for dismissal of claims or defenses ultimately asserted.

Accordingly, we ask that, within 20 days, either you or your representative respond in writing to the requests below and forward the following materials:

1.    Please state the name, address, occupation and employer of the person or persons investigating this claim and the specific investigative procedure used to evaluate this claim as specified in Section 766.106(3)(a), Florida Statutes.

2.    Please forward all medical records, written notes, bills, photographs, patient intake or information forms, office records and reports, dictated notes and any and all other documents, phone messages, materials or correspondence pertaining to Reina Isabel Fernandez, including the back side of any pages that have any notations or markings whatsoever and any other pertinent document or report concerning your treatment of Reina Isabel Fernandez. Please understand this request asks you to provide copies of every written note or communication you have regarding Reina Isabel Fernandez.

3.    If any other written document or report concerning treatment of Reina Isabel Fernandez is believed to exist but is not in your possession or control, please describe the document or report and provide the present location and custodian of same.

4.    Copies of any and all pathology reports, laboratory reports, any and all requisition slips, bills, charges and any and all other documents pertaining to diagnostic lab tests or studies conducted upon Reina Isabel Fernandez, or rendered in accordance with the care and treatment of Reina Isabel Fernandez.

5.    Copies of any and all insurance billing forms, invoices, billing statements, and correspondence to or from health insurance companies for the care and treatment of Reina Isabel Fernandez.

6.    Please provide the full names and present addresses of all witnesses to the treatment of Reina Isabel Fernandez, and all persons having knowledge of such treatment.  In addition to their names and present addresses, please briefly indicate each individual's interest in this matter, i.e. treating nurse, receptionist, eyewitness, etc., and the subject matter of their knowledge. Please do not respond by stating: "Please refer to medical records," or some similar

Notice of Intent to Initiate Litigation For
Medical Malpractice
Reina Isabel Fernandez v. Allen Silanee, M.D.
April 4, 2019
Page 5

response. The purpose of this request is to determine if there are any individuals that may have knowledge of facts that are material to the issues involved in this matter.

      7.     If Allen H. Silanee, M.D. and Silanee Medical, LLC's contention is that someone other than itself was responsible in whole or in part for the occurrence of any of the negligence alleged above, please state each person's name, address, and job title, along with the facts which you base you contention that person was responsible. In light of the Supreme Court's decision in *Fabre*, it would be prejudicial to my client for you not to identify any third persons during the pre-suit screening period only to attempt to avoid or mitigate you liability during subsequent litigation by alleging or arguing that someone other than yourself was wholly or partially responsible. Please understand we will take appropriate action to prevent Allen H. Silanee, M.D. and Silanee Medical, LLC from alleging or arguing that someone other than itself was responsible, should you fail to promptly and fully comply with this request.

      8.     Taking into consideration everything Allen H. Silanee, M.D. and Silanee Medical, LLC know regarding Reina Isabel Fernandez and the condition for which you rendered treatment, state whether or not in your opinion any adverse outcome alleged by my client could have been avoided had some step been taken by Reina Isabel Fernandez during her course of treatment. Please describe which steps you feel could or should have been taken to prevent the outcome.

      9.     Please state the name and address of Allen H. Silanee, M.D. and Silanee Medical, LLC's medical malpractice insurance carrier, as well as the type and amount of coverage available to Allen H. Silanee, M.D. and Silanee Medical, LLCas protection against this claim.

      10.     Please provide a copy of Allen H. Silanee, M.D. and Silanee Medical, LLC's insurance policy or policies. If insurance coverage is not available, please explain the method of compliance with Florida Financial Responsibility Statute, §458,329 that will protect Allen H. Silanee, M.D. and Silanee Medical, LLC against the claim. Additionally, please provide a copy of Allen H. Silanee, M.D. and Silanee Medical, LLC's policy or policies. **Please consider this letter as a formal request under Florida Statute §627.4137 for a full and complete liability insurance disclosure regarding any and all liability insurance which may be applicable to this matter.**

      11.     Do Allen H. Silanee, M.D. and Silanee Medical, LLC claim sovereign immunity? If so, please describe the basis for the claim that they are entitled to sovereign immunity.

      12.     If you believe this claim is not meritorious, or if you feel the case may have merit against others and you should not be a defendant, or if you know facts that exculpate Allen H. Silanee, M.D. and Silanee Medical, LLC, please explain. We expect you to fully explain the basis of any defense you intend to raise should this claim result in litigation. Please give facts, not conclusions that the care was acceptable.

13.    With respect to Allen H. Silanee, M.D. and Silanee Medical, LLC's fees for services rendered to Reina Isabel Fernandez, please:

   a) State the total amount of charges;
   b) State the amount paid;
   c) Provide an itemized statement of charges;
   d) Identify if there are any amounts of charges under dispute or under appeal;
   e) Identify the person or entity that paid the bill for services;
   f) Provide a copy of any contract or agreement that was in force between Allen H. Silanee, M.D. and Silanee Medical, LLC and the person or entity that paid the bill for your services to Reina Isabel Hernandez.
   g) Please provide copies of all letters, appeal, telephone memos or other means of communication between Allen H. Silanee, M.D. and Silanee Medical, LLC and the person or entity that paid the bill for services to Reina Isabel Fernandez.

14.    Do you contend that Douglas R. Phillips, M.D. does not meet the criteria of §766.102(5), Florida Statutes? If so, please state in detail every fact upon which you base that contention.

15.    Any and all documents evidencing any claims or charges against Allen H. Silanee, M.D. and Silanee Medical, LLC by any suit, grievance, proceeding, or investigation for malpractice, professional negligence, lack of professional skill, or breach of professional negligence, including but not limited to: a) the circumstances of each such instance; b) the dates; c) the parties involved; d) the nature of the charge; e) any officials, courts and professional or public groups concerned with investigating such charges.

16.    Copies of any and all written or recorded statements signed (if written) or given (if oral) by any person known, believed or alleged to be a witness to the occurrence in the subject claim, or to have knowledge or other discoverable facts or information pertinent to this claim.

17.    Please state Allen H. Silanee, M.D.'s legal relationship with each entity identified herein including Miami Beach Community Health Center and Silanee Medical, LLC during the period of time he treated Reina Isabel Fernandez.

18.    Please provide a typed verbatim transcription of any handwritten records prepared by Allen H. Silanee, M.D. and Silanee Medical, LLC regarding any treatment provided to Reina Isabel Fernandez. *If you are not agreeable to this, please advise when the records custodian of Allen H. Silanee, M.D. and Silanee Medical, LLC will be available for an unsworn statement.*

19.    Please indicate whether you are vicariously liable for any person or entity responsible for the allegations of negligence as to Reina Isabel Fernandez's health care.

Notice of Intent to Initiate Litigation For
Medical Malpractice
Reina Isabel Fernandez v. Allen Silanee, M.D.
April 4, 2019
Page 7

20.     Pursuant to *All Children's Hospital v. Davis*, 590 So.2d 546, please advise whether or not you reported any incident involving the care of Reina Isabel Fernandez pursuant to the requirements of §395.0197(6), Florida Statutes.

21.     A copy of any minutes of any hearings, meetings or conversations concerning the alleged occurrence held by Allen H. Silanee, M.D. and Silanee Medical, LLC, its medical staff, or any officer, committee or agency of the said entities, or any public body or other person.

22.     Any records of any adverse medical incident involving Reina Isabel Fernandez care. *(The term adverse medical incident means medical negligence, intentional misconduct, and any other act, neglect or default of a health care facility or healthcare provider that caused or could have caused injury or death of a patient, including, but not limited to , those incidents that are required by state or federal law to be reported to any governmental agency or body, and incidents that are reported to or reviewed by any health care facility peer reviewe, risk management, quality assurance, credentials, or similar committee, or any representative of any such committee)*

23.     Please provide the audit trail for any and all electronic medical records maintained for Reina Isabel Fernandez. If you claim not to be able to produce the Audit Trail, please identified the name and contact information for your EMR operating system.

24.     Please provide a copy of Allen H. Silanee, M.D.'s delineation of privileges for North Shore Medical Center prior to the July 17, 2018 surgery.

25.     Please provide a copy of the transcript of any deposition testimony of Allen H. Silanee, M.D.

26.     For the applicable professional liability policy identified in number 10 above, please advise as to the amount of the aggregate remaining.

27.     Please provide a copy of your application for your privileges at North Shore Medical Center.

28.     Please provide a copy of any and all documentation which reflect Allen H. Silanee, M.D.'s training to perform Da Vinci Robotic surgery.

29.     Please identify the number of Da Vinci Robotic hysterectomies and salpingo-oophorectomies you have performed prior to the one performed on Reina Isabel Fernandez in July of 2018. You may limit this request to the preceding five years.

30.     Please provide the number of Da Vinci Robotic hysterectomies and salpingo-oophorectomies Dr. Silanee performed at North Shore Medical Center prior to the procedure on Reina Isabel Fernandez.

Notice of Intent to Initiate Litigation For
Medical Malpractice
Reina Isabel Fernandez v. Allen Silanee, M.D.
April 4, 2019
Page 8

31.     Please identify the name of the preceptor who provided you instruction on using the Da Vinci Robotic system.

The purpose of the 90-day investigatory period is to allow all parties concerned an opportunity to determine the validity of a claim, fairly assess the extent of damages, and, hopefully, resolve the matter without the necessity of a lawsuit. It is our intent to fully cooperate with you and your agents; therefore, we expect reciprocity. In the event you or Allen H. Silanee, M.D. and Silanee Medical, LLC's representatives fail to comply with the requirements contained within this statute, then we will move to strike any and all defenses raised in response to a lawsuit, if one is ultimately filed.

Pursuant to the requirements of section 766.203, we are also enclosing a copy of a verified affidavit dated April 1, 2019 from Douglas R. Phillips, M.D. corroborating the fact that reasonable grounds exist to initiate medical negligence litigation against Allen H. Silanee, M.D. and Silanee Medical, LLC.

If you believe that this letter and its attachment fails to comply in any way with the pre-suit notice requirements outlined in Florida Statutes Chapter 766, please advise this office in writing within twenty (20) days to enable us to correct any assert deficiencies within the applicable statute of limitations. Plaintiff will consider your failure to do so a waiver of any such claims of deficiency in the subsequent litigation of this matter.

Please also note that we have attached a Notice for your unsworn statement. If the date and time selected is inconvenient for you, please provide an alternative time for the unsworn statement.

Very truly yours,

Marc P. Ganz

MPG/dsf
Enclosures:     Affidavit Douglas R. Phillips, M.D.
                Curriculum vitae: Douglas R. Phillips, M.D.
                Medical Records (*on CD*):
                        Allen Silanee, M.D.
                        North Shore Medical Center
                        Miami Beach Community Health Center
                        Mount Sinai Medical Center
                Notice of Taking Unsworn Statement

**<u>VERIFIED OPINION OF MEDICAL EXPERT</u>**
**<u>PURSUANT TO FLORIDA STATUTE 766.102</u>**

STATE OF NEW YORK      )
                         :SS
COUNTY OF Nassau     )

BEFORE ME, the undersigned authority, this day personally appeared DOUGLAS R. PHILLIPS, M.D., FACOG, FACS, FICS, who after being duly sworn, deposes and says as follows:

1. I am a Board Certified Medical Doctor duly and regularly engaged in the practice of obstetrics and gynecology. I possess a Florida Medical Expert Certificate. My professional qualifications are attached hereto in the form of a curriculum vitae.

2. I am familiar with the prevailing standard of care for the medical specialty involved in this matter.

3. In forming my opinion I have reviewed and relied upon the following records regarding the care and treatment of Isabel Reina Fernandez:

   - Allan Silanee, M.D./Miami Beach Community Health Center;
   - North Shore Medical Center- Admission of July 17, 2018;
   - North Shore Medical Center- Admission of July 26, 2018; and
   - Mt. Sinai Medical Center visit of August 9, 2018 and September 13, 2018.

4. Based upon the foregoing, it is my expert opinion within a reasonable degree of medical certainty that the medical care and treatment rendered to Isabel Reina Fernandez by Allan Silanee, M.D. failed to meet the appropriate and recognized standard of care and caused injury to Isabel Reina Fernandez.

5. Allan Silanee, M.D. and his agents, were negligent in the care and treatment of Isabel Reina Fernandez in the following, but not limited to, ways:

> a.   Failure to appropriately identify and protect the ureter during the laparoscopic procedure;
>
> b.   Negligently causing a laceration and/or injury to the right ureter during the surgery of July 17, 2018;
>
> c.   Failure to timely and appropriately identify and treat the complication of injury to ureter;
>
> d.   Failure to perform an intraoperative cystoscopy prior to the completion of a total laparoscopic hysterectomy, especially in the presence of presumed endometriosis and multiple fibroids;
>
> e.   Failure to timely address the postoperative ten day history of flank pain and timely initiate emergency evaluation and treatment of the same;
>
> f    Failure to initiate emergent care on July 25, 2018 based upon the reported ten day history of ongoing flank pain; and
>
> g.   Failure to provide appropriate discharge instructions to Isabel Reina Fernandez with regard to her discharge from North Shore Medical Center on July 18, 2018.

6. As a result of the aforementioned acts and omissions by Allan Silanee, M.D., Ms. Fernandez experienced a laceration to her ureter, multiple procedures, permanent impairment and the prospect of future surgeries.

7. In light of the above, it is my opinion there is a reasonable basis for medical negligence against Allan Silanee, M.D. and Miami Beach Community Health Center in relation to their care and treatment of Isabel Reina Fernandez.

8. I have not been found guilty of perjury or fraud in any jurisdiction and, to my knowledge, my opinions have never been disqualified in a Court of Law or administrative proceeding.

FURTHER AFFIANT SAITH NAUGHT

_____
DOUGLAS R. PHILLIPS, M.D.

SWORN TO AND SUBSCRIBED before me this _____ day of April, 2018.

_____
NOTARY PUBLIC

My Commission Expires:

Personally Known _____
Produced Identification _____
Type of Identification _____

TED S. DUGGEN
Notary Public - State of New York
No. 01DU6353761
Qualified in Nassau County
My Commission Expires Sep 5, 2021

**DOUGLAS R. PHILLIPS, MD, FACOG, FACS, FICS**
**2428 MERRICK ROAD**
**BELLMORE, NEW YORK 11710**
**(516)379-2689 F(516)867-3880**

February 15, 2018

**EDUCATION:**

Residency:
Nassau County Medical Center, East Meadow, New York 1975-1979
Department of Obstetrics and Gynecology
Chief Resident, July 1978-June 1979

Medical School:
State University of New York Health Science Center at Brooklyn
(Formerly Downstate Medical Center) September 1971-May 1975
M.D. May 1975

Undergraduate:
State University of New York at Stony Brook September 1967-May 1971
B.S. in Biology May 1971
Summa Cum Laude

**MEDICAL PRACTICE:**

Long Island Women's Health Care Associates, M.D., P.C. (Accredited by Joint
Commission for Office Based Surgery) July 1979-November 2011
Howard G. Nathanson, M.D., Douglas R. Phillips, M.D., Ronnie Salzman, M.D., Sudha
Kuncham, MD, FACOG, Lauren Bashian, M.D., Annie Frankel, M.D.; and Carol Caico,
PhD, CS, OGNP

Northwell Health Physician Partners OB/GYN at Bellmore (formerly North Shore-LIJ
Medical Group Long Island Women's Health Care) [Accredited by American Association
for Accreditation of Ambulatory Surgery Facilities, Inc.]-November 2011-Present
Howard G. Nathanson, M.D., Douglas R. Phillips, M.D., Ronnie Salzman, M.D., Sudha
Kuncham, MD, FACOG, Laura Bashian, M.D., Annie Frankel, M.D., and Carol Caico,
PhD, CS, OGNP

2428 Merrick Road
Bellmore, New York 11710
(516)379-2689

1

**BOARD CERTIFICATIONS AND FELLOWSHIPS:**

Board Certified by the American Board of Obstetrics and Gynecology (1988)

Recertified by the American Board of Obstetrics and Gynecology (1997, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018)

Board Certified by the American Board of Laser Surgery (Gynecology) (1988)

Fellow of the American College of Obstetrics and Gynecology (1988)

Fellow of the American College of Surgeons (1992)

Fellow of the International College of Surgeons (1994)

Fellow of the Nassau Academy of Medicine (1994)

Fellow of the American Society for Laser Medicine and Surgery (1988)

Fellow of the American Society for Colposcopy and Cervical Pathology (1989)

**FACULTY APPOINTMENT:**

Clinical Assistant Professor of Obstetrics and Gynecology, and Gynecology, School of Medicine, State University of New York at Stony Brook (1992-1996)

Clinical Associate Professor of Obstetrics and Gynecology, School of Medicine, State University of New York at Stony Brook (1996-Present)

Clinical Associate Professor of Obstetrics and Gynecology, Donald and Barbara Zucker School of Medicine at Hofstra/Northwell (2012-Present)

**CERTIFICATION:**

Advanced Operative Laparoscopy and Advanced Operative Hysteroscopy--Accreditation Council for Gynecologic Endoscopy (1996)

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

American Association of Gynecologic Laparoscopists
National Advisory Committee Member

European Society for Gynaecological Endoscopy

Gynecologic Laser and Advanced Technology Society

International Society for Gynecologic Endoscopy

Nassau County Medical Society

Nassau County Obstetrics and Gynecology Society

Nassau County Surgical Society

New York State Medical Society

New York State Society of Obstetricians and Gynecologists

## MEMBERSHIPS IN JOURNAL REVIEW COMMITTEES:

Ad Hoc Review Committee of the *Journal of American Association of Gynecologic Laparoscopists* 1997-2002, 2009-Present

Editorial Advisory Board of the *Journal of American Association of Gynecologic Laparoscopists,* 2005-2010

Editor of the *Journal of American Association of Gynecologic Laparoscopists* 2002-2005

Editorial Consultant for *Obstetrics and Gynecology* 1997-Present

## CURRENT HOSPITAL STAFF AFFILIATIONS:

Long Island Jewish Medical Center (teaching affiliate of Albert Einstein School of Medicine), Lake Success, New York

South Nassau Communities Hospital, Oceanside, New York

Nassau University (formerly Nassau County) Medical Center, East Meadow, New York
July 1979-Present

3

## HOSPITAL APPOINTMENTS AND COMMITTEES:

Chief, Gynecology, Department of Obstetrics and Gynecology, South Nassau Communities Hospital, Oceanside, New York 2000-2006

Chief, Division of Gynecologic Endoscopy and Laser Surgery, Department of Obstetrics and Gynecology, South Nassau Communities Hospital, Oceanside, New York 1992-2006

Chief, Division of Minimally Invasive Surgery, Department of Surgery, South Nassau Communities Hospital, Oceanside, New York 1994-2006

Obstetrics and Gynecology Quality and Assurance Committee, South Nassau Communities Hospital, Oceanside, New York 1981-2012

Hospital Physician Organization Committee, South Nassau Communities Hospital, Oceanside, New York 1993-1996

Laser Committee, South Nassau Communities Hospital, Oceanside, New York 1988-1994

Continuing Education Committee, South Nassau Communities Hospital, Oceanside, New York 1993-2011

Co-Director of the Department of Gynecology, Hempstead General Hospital, Hempstead, New York 1991-1993

Executive Committee of the Medical Staff, Nassau County Medical Center, East Meadow, New York, 1988-1990

Executive Committee of the Medical Staff, Hempstead General Hospital, Hempstead, New York 1991-1993

Operating Room Committee, Hempstead General Hospital, Hempstead, New York 1991-1993

## DIDACTIC TEACHING:

"The Utilization of the $CO_2$ Laser in Gynecology," Obstetrics and Gynecology Attendings, Grand Rounds, South Nassau Communities Hospital, Oceanside, New York 1989

"Endometrial Ablation," Family Practice Grand Rounds, Attendings and Residents, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, 1990

4

"GnRH and Endometriosis"" Family Practice Grand Rounds, Attendings and Residents, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, 1991
"GnRH and Endometriosis," Dinner Program with Obstetrics and Gynecology Residents from Long Island, New York 1991

"Alternatives to Hysterectomy," Obstetrics and Gynecology Attendings and Residents, Obstetrics and Gynecology Grand Rounds, Mercy Medical Center, Rockville Centre, New York, C.M.E. Credit, January 29, 1992

"Endometrial Ablation and Laparoscopic Hysterectomy,"" Obstetrics and Gynecology Residents, Nassau County Medical Center, East Meadow, New York (Two Separate Occasions) 1992

"Alternatives to Hysterectomy," Obstetrics and Gynecology Attendings and Residents, Obstetrics and Gynecology Grand Rounds, Winthrop University Hospital, Mineola, New York, C.M.E. Credit, May 7, 1992

"Alternatives to Hysterectomy," Obstetrics and Gynecology Attendings, Brooklyn, New York, June 15, 1992

"Endometrial Ablation and Laparoscopic Hysterectomy," Obstetrics and Gynecology Attendings and Residents, Obstetrics and Gynecology Grand Rounds, North Shore University Hospital, Manhasset, New York, C.M.E. Credit, October 14, 1992

"Endometrial Ablation, Laparoscopic Hysterectomy, and Laparoscopic Myoma Coagulation (Myolysis)," Nurses, Nursing Students, Nursing Technicians, Nassau Community College, Garden City, New York, November 11, 1992

"Endometrial Ablation, Laparoscopic Hysterectomy, and Laparoscopic Myoma Coagulation (Myolysis)," Obstetrics and Gynecology Attendings, Mid-Island Hospital, Bethpage, New York, C.M.E. Credit, November 16, 1992

"Endometrial Ablation," Obstetrics and Gynecology Attendings, Obstetrics and Gynecology Grand Rounds, Saint Peter's Medical Center, New Brunswick, New Jersey, C.M.E. Credit, November 25, 1992

"Alternatives to Traditional Hysterectomy," Nassau County Surgeons, Nassau County Surgical Society Day, C.M.E. Credit, December 2, 1992

"Myoma Management,"" Obstetrics and Gynecology Attendings, Obstetrics and Gynecology Grand Rounds, Wilson Memorial Regional Medical Center, Johnson City, New York, C.M.E. Credit, December 3, 1992

"Alternatives to Traditional Hysterectomy," South Nassau Communities Hospital Attendings, 4th Annual South Nassau Communities Hospital Medical Conference,

5

Aruba, C.M.E. Credit, December 8, 1992

"Endometrial Ablation and Uterine Fibroids," Obstetrics and Gynecology Attendings, New Rochelle Hospital, Eastchester, New York, December 14, 1992

"Management of Leiomyomata Uteri (Including Myoma Coagulation),'" Obstetrics and Gynecology Attendings, Obstetrics and Gynecology Grand Rounds, Saint Peter's Medical Center, New Brunswick, New Jersey, C.M.E. Credit, January 27, 1993

"Management of Leiomyomata Uteri (Including Myoma Coagulation),'" Obstetrics and Gynecology Attendings, Albany, New York, February 1, 1993

"GnRH Analogs and Estrogen Replacement," Obstetrics and Gynecology Attendings and Residents, Obstetrics and Gynecology Grand Rounds, Danbury Hospital, Connecticut, C.M.E. Credit, February 8, 1993

"Fibroids, Treatments, and Complications," Obstetrics and Gynecology Attendings, West Orange, New Jersey, February 25, 1993

"Fibroids, Treatments, and Complications," Obstetrics and Gynecology Attendings, Residents, and Medical Students, Obstetrics and Gynecology Grand Rounds, Staten Island University, Staten Island, C.M.E. Credit, New York, March 3, 1993

"Operative Hysteroscopy and Management of Leiomyomata Uteri,'" Obstetrics and Gynecology Attendings, Mt Vernon Hospital, Mt. Vernon, New York, March 7, 1993

"Endometriosis," Obstetrics and Gynecology Attendings, Community Health Plan, Albany, New York, March 24, 1993

"Operative Hysteroscopy and Myoma Coagulation," Obstetrics and Gynecology Attendings, Yonkers General Hospital, Scarsdale, New York, March 30, 1993

"Common Causes of Pelvic Pain: Endometriosis and Leiomyomata Uteri," Internal Medicine, General Practioners, Family Practioners, and Obstetrics and Gynecology Attendings, Internal Medicine Grand Rounds, Benedectine Hospital, Kingston, New York, C.M.E. Credit, April 10, 1993

"Uterine Fibroid Management and Diagnosis and Treatment of Endometriosis,'" Obstetrics and Gynecology Attendings, Brooklyn, New York, April 22, 1993

"Endometriosis," Obstetrics and Gynecology Attendings, Metropolitan H.I.P. HMO, New York, New York, April 26, 1993

6

"Operative Hysteroscopy, Laparoscopic Hysterectomy, Medical and Surgical Management of Leiomyomata Uteri," Obstetrics and Gynecology Attendings, Suffolk County, New York, May 3, 1993

"Operative Hysteroscopy and Medical and Surgical Management of Leiomyomata Uteri," Obstetrics and Gynecology Attendings, Hartford, Connecticut, May 6, 1993

"Operative Hysteroscopy and Medical and Surgical Management of Leiomyomata Uteri," Obstetrics and Gynecology Attendings and Residents, Obstetrics and Gynecology Grand Rounds, Mt. Sinai Hospital, Hartford, Connecticut, C.M.E. Credit, May 7, 1993

"Endometrial Ablation," Obstetrics and Gynecology Attendings and Residents, Obstetrics and Gynecology Grand Rounds, Nassau County Medical Center, East Meadow, New York, C.M.E. Credit, May 11, 1993

"Management of Uterine Fibroids," Obstetrics and Gynecology Attending, Residents, and Medical Students, Obstetrics and Gynecology Grand Rounds, Attendings and Residents, Long Island Jewish Medical Center, Lake Success, New York, C.M.E. Credit, May 19, 1993

"Laparoscopic Hysterectomy," Obstetrics and Gynecology Attendings and Residents, Obstetrics and Gynecology Grand Rounds, Nassau County Medical Center, East Meadow, New York, C.M.E. Credit, May 25, 1993

"Operative Hysterectomy," Obstetrics and Gynecology Attendings, Poughkeepsie, New York, C.M.E. Credit, May 26, 1993

"Medical and Surgical Management of Endometriosis," Obstetrics and Gynecology Attendings, Obstetrics and Gynecology Grand Rounds, Washington Hospital Center, Washington, D.C., C.M.E. Credit, June 8, 1993

"Operative and Medical Management of Uterine Fibroids," Obstetrics and Gynecology Attendings, St. John's of Queens Hospital, Great Neck, New York, C.M.E., June 10, 1993

"Endometrial Ablation," Hysteroscopy and Operative Laparoscopy Conference, Obstetrics and Gynecology Attendings, John F. Kennedy Medical Center, Edison, New Jersey, C.M.E. Credit, June 26, 1993

Chief Instructor, Operative Endoscopy "Hands-On" Laboratory with live and inanimate tissue, Hysteroscopy and Operative Laparoscopy Conference, Obstetrics and Gynecology Attendings, John F. Kennedy Medical Center, Edison, New Jersey, C.M.E. Credit, June 27, 1993

7

"Endometriosis and Leiomyomata Uteri," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, Albany, New York, C.M.E. Credit, June 29, 1993

"Endometriosis, Operative Hysteroscopy, and Management of Leiomyomata Uteri," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, Schenectady, New York, C.M.E. Credit, June 30, 1993 (A.M.)

"Endometriosis, Operative Hysteroscopy, and Management of Leiomyomata Uteri," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, Schenectady, New York, C.M.E. Credit, June 30, 1993 (Noon)

"Endometriosis, Operative Hysteroscopy, and Management of Leiomyomata Uteri," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, Schenectady, New York, C.M.E. Credit, June 30, 1993 (P.M.)

"Operative Hysteroscopy, Operative Laparoscopy, and Laparoscopic Assisted Vaginal Hysterectomy," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, Utica, New York, C.M.E. Credit, July 1, 1993

"Endometriosis and Management of Leiomyomata Uteri," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, Boston, Massachusetts, July 27, 1993

"Endometriosis and Management of Leiomyomata Uteri," Dinner Meeting, Obstetrics and Gynecology Attendings, Providence, Rhode Island, July 27, 1993

"Management of Fibroid Uterus," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Jamaica Hospital, Jamaica, New York, C.M.E. Credit, August 31, 1993

"GnRH Analogs and Add-Back Therapy," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Chilton Memorial Hospital, Pompton Plains, New Jersey, C.M.E. Credit, September 7, 1993

"Alternatives to Hysterectomy" and "Management of Uterine Leiomyomata," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, New York, New York, September 14, 1993

"Medical and Surgical Benefits of GnRH Agonists," Moderator of Round Table Discussions, Obstetrics and Gynecology Attendings, New York, New York, September 17, 1993

"Endometriosis and GnRH Agonist-Add-Back Therapy," Dinner Meeting, Obstetrics and Gynecology Attendings, Wharton, New Jersey, September 17, 1993

8

"Endometriosis and Surgical Uses of GnRH Agonists," Round Table Discussion, Obstetrics and Gynecology Attendings, Hartford, Connecticut, September 20, 1993

"Endometriosis and Surgical Uses of GnRH Agonists," Round Table Discussion, Obstetrics and Gynecology Attendings, Springfield, Massachusetts, September 20, 1993

"Alternatives to the Traditional Hysterectomy," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Brookdale Hospital Medical Center, Brooklyn, New York, C.M.E. Credit, September 22, 1993

"Operative Hysteroscopy," Hudson Valley Obstetrics and Gynecology SocietyMeeting, Obstetrics and Gynecology Attendings, Middletown, New York, C.M.E. Credit, September 22, 1993

"Endometrial Ablation,' Dinner Meeting, Obstetrics and Gynecology Attendings, Hope, New Jersey, September 27, 1993

"Fibroid Management and Add-Back Therapy," Dinner Meeting, Obstetrics and Gynecology Attendings, West Orange, New Jersey, September 29, 1993

"Endometrial Ablation," Dinner Meeting, Obstetrics and Gynecology Attendings, New Brunswick, New Jersey, October 4, 1993

"Hysteroscopy," Lecture, Medical Students, Long Island Jewish Medical Center, Lake Success, New York, October 6, 1993

"Indications and Contraindications of Endoscopy Part II," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Nurses, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, October 7, 1993

"Alternatives to Traditional Hysterectomy: Endometrial Ablation and Laparoscopic Hysterectomy," Obstetrics and Gynecology Attendings, Residents, and Physician Assistants, Coney Island Hospital, Brooklyn, New York, C.M.E. Credit, October 14, 1993

"Operative Hysteroscopy: Endometrial Ablation and Resection of Submucous Leiomyomata and Myoma Coagulation," Obstetrics and Gynecology Attendings, Dinner Meeting, Obstetrics and Gynecology Attendings, White Plains, New York, October 14, 1993

"Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Northern Westchester Hospital, Westchester, New York, C.M.E. Credit, November 2, 1993

9

"Endometrial Ablation and Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, East Brunswick, New Jersey, November 3, 1993

"Leiomyoma Coagulation," Hospital Meeting, Obstetrics and Gynecology Attendings, St. Peter's Medical Center, New Brunswick, New Jersey, November 3, 1993

"Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Hartford, Connecticut, November 4, 1993

"Medical and Surgical Treatment of Uterine Leiomyomata," Symposium: New Concepts in Obstetrics and Gynecology, Obstetrics and Gynecology Attendings and Nurses, Paoli Memorial Hospital, Paoli, Pennsylvania, November 5, 1993

"Alternatives to the Traditional Hysterectomy" and "Endometriosis," Inter-Medical Grand Rounds, Internists, Family Practioners, Urologists, Surgeons, and Obstetrician and Gynecologists, Southern Maryland Hospital, Clinton, Maryland, C.M.E. Credit, December 1, 1993

"Alternatives to the Traditional Hysterectomy," Dinner Meeting, Obstetrician and Gynecologists, Great Neck, New York, December 6, 1993

"Endometrial Ablation," Obstetrics and Gynecology Grand Rounds, Syosset Hospital, C.M.E. Credit, December 7, 1993

"Pitfalls in Operative Hysteroscopy,'" Nassau Surgical Society Day, Uniondale, New York, C.M.E. Credit, December 8, 1993

"Operative Hysteroscopy and Laparoscopic Hysterectomy," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, St. Claire's Riverside Medical Center, Denville, New Jersey, C.M.E. Credit, December 20, 1993

"LAVH," Round Table Discussion, Obstetrics and Gynecology Attendings, Newburg, New York, January 19, 1994

"Prevention and Management of Postoperative Dilutional Hyponatremia," Anesthesia Attendings, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, January 24, 1994

"Endometrial Ablation and Resection of Submucous Leiomyoma," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Medical Students, Long Island Jewish Medical Center, Lake Success, New York, C.M.E. Credit, January 26, 1994

"Endometrial Ablation, Resection of Submucous Leiomyomata," Dinner Meeting, Obstetrics and Gynecology Attendings, La Mascote, Commack, New York, January 26, 1994

"Alternatives to Hysterectomy and Endometriosis," Dinner Meeting, Obstetrics and Gynecology Attendings, Hartford, Connecticut, January 31, 1994

"Management of Uterine Leiomyomata," Obstetrics and Gynecology Residents, Long Island Jewish Medical Center, Lake Success, New York, February 4, 1994

"Laparoscopic Assisted Vaginal Hysterectomy," Dinner Meeting, Obstetrics and Gynecology Attendings, Albany, New York, February 13, 1994

"Endometrial Ablation and Resection of Submucous Leiomyomata," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Midwives, Brigham and Women's Hospital, Boston, Massachusetts, March 2, 1994

"Endometrial Ablation and Resection of Submucous Leiomyomata," Dinner Program, Obstetrics and Gynecology Attendings, Worcester, Massachusetts, March 2, 1994

"Endometrial Ablation and Myoma Coagulation," Dinner Program, Obstetrics and Gynecology Attendings, Albany, New York, March 7, 1994

"Endometrial Ablation, Resection of Submucous Leiomyomas, and Myoma Coagulation," Dinner Program, Obstetrics and Gynecology Attendings, Port Jefferson, New York, March 10, 1994

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, March 11, 1994

"Alternatives to Hysterectomy," Dinner Meeting, Obstetrics and Gynecology Attendings, Farmingdale, New Jersey, March 24, 1994

"Advanced Gynecologic Endoscopic Surgery," Obstetrics and Gynecology Attendings, Williamstown, Massachusetts, April 6, 1994

"Advanced Gynecologic Endoscopic Surgery," Obstetrics and Gynecology Attendings, Berkshire, Massachusetts, April 7, 1994

"Operative Hysteroscopy" and "Dilutional Hyponatremia," Operating Room Nurses, South Nassau Communities Hospital, Oceanside, New York, April 11, 1994

11

"Endometrial Ablation" and "Laparoscopic Leiomyoma Coagulation," Dinner Panel Discussion, Obstetrics and Gynecology Attendings, Tarreytown, New York, April 18, 1994

"Alternatives to Hysterectomy," Dinner Meeting, Obstetrics and Gynecology Attendings, New York, New York, April 20, 1994

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, April 22, 1994

Operative Laparoscopy and Hysteroscopy Workshop; Lectures presented: "Operative Hysteroscopy---Endometrial Ablation," "LAVH," "Harmonic Scalpel," and "Laparoscopic Management of Myomata," Uniondale, New York, C.M.E. Credit, April 29, 1994

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Toronto, Canada, May 5, 1994

"Complications of Operative Laparoscopy," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Christ Hospital, Jersey City, New Jersey, May 9, 1994

"Laparoscopic Assisted Vaginal Hysterectomy" and "Management of Leiomyomata Uteri Including Myoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Central General Hospital, Plainview, New York, C.M.E. Credit, May 12, 1994

"Management of Leiomyomata Uteri Including Myoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Medical Students, SUNY Health Science Center at Syracuse, New York, C.M.E. Credit, May 13, 1994

"Laparoscopic Assisted Vaginal Hysterectomy" and "Management of Leiomyomata UteriIncluding Myoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Good Samaritan Hospital, West Islip, New York, C.M.E. Credit, May 17, 1994

"Endometrial Ablation" and "Management of Leiomyomata Uteri Including Myoma Coagulation," Rockland County Obstetrics and Gynecology Society Dinner Meeting, Obstetrics and Gynecology Attendings, Rockland County, New York, C.M.E. Credit, May 18, 1994

"Laparoscopic Hysterectomy," Dinner Meeting, Obstetrics and Gynecology Attendings, Whippany, New Jersey, May 19, 1994

12

"Chronic Pelvic Pain: Endometriosis and Uterine Leiomyomata," Family Practice Grand Rounds, Family Practice Attendings and Residents, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, May 26, 1994

"Management of Leiomyomata Uteri Including Myoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Medical Students, Hackensack Medical Center, Hackensack, New Jersey, C.M.E. Credit, June 3, 1994

Controversies in Gynecology: A Managed Care Perspective; Lectures Presented: "Long-term Use of GnRH Agonists: Add-back Therapy" and "The Role of Myoma Coagulation," Washington, D.C., C.M.E. Credit, June 23-25, 1994

"Myoma Coagulation," Obstetrics and Gynecology Attendings, Obstetrics and Gynecology Grand Rounds, St. Vincent's Hospital, Worcester, Massachusetts, C.M.E. Credit, June 28, 1994

"Myoma Coagulation," Obstetrics and Gynecology Attendings, Obstetrics and Gynecology Grand Rounds, Westchester County Obstetrics and Gynecology Society, Purchase, New York, C.M.E. Credit, June 28, 1994

"Gynecologic Endoscopy including Myoma Coagulation," Round Table Discussion, Obstetrics and Gynecology Attendings, Jersey City, New Jersey, July 12, 1994

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, July 20, 1994

"Alternatives to Hysterectomy," Round Table Discussion, Obstetrics and Gynecology Attendings, Whippany, New Jersey, July 26, 1994

"Endometrial Ablation" and "Laparoscopic Myoma Coagulation," Round Table Discussion, Obstetrics and Gynecology Attendings, Long Branch, New Jersey, August 4, 1994

"Myolysis," Obstetrics and Gynecology Attendings, Residents, and Medical Students, Riverside Methodist Hospital, Columbus Ohio, August 9, 1994

"Alternatives to Hysterectomy," Dinner Meeting, Obstetrics and Gynecology Attendings, Bayport, New York, August 17, 1994

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, August 31, 1994

"Endometrial Ablation and Myoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Hicksville, New York, September 1, 1994

"Endometrial Ablation and Myoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Princeton, New Jersey, September 16, 1994

"Gynecologic Endoscopy Case Discussions: Endometriosis, GnRH-Add-Back Therapy, and Leiomyoma Management," Breakfast Meeting, Obstetrics and Gynecology Attendings, Boston, Massachusetts, September 21, 1994

"Endometriosis, Endometrial Ablation, and Myoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Staten Island, New York, September 22, 1994

"Laparoscopic Birch  Procedure," Panel Discussion, Obstetrics and Gynecology Attendings, Long Island, New York, October 5, 1994

"Endometrial Ablation," Dinner Meeting, Obstetrics and Gynecology Attendings, Boston, Massachusetts, October 7, 1994

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, October 12, 1994

"Laparoscopic Leiomyoma Coagulation" and "GnRH Agonist-Add-Back Therapy," Gynecology Update: Important Issues and Controversies Facing the Gynecologist Today (Endoscopy Symposium), Obstetrics and Gynecology Attendings, C.M.E. Credit, October 15, 1994

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, New York, New York, October 24, 1994

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Poughkeepsie, New York, October 28, 1994

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Carle Clinic and Foundation, Urbana, Illinois, C.M.E. Credit, November 2, 1994

"Endometrial Ablation," Dinner Meeting, Obstetrics and Gynecology Attendings, Summit, New Jersey, November 1994

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, November 7, 1994

14

"Complications of Laparoscopy," Medical Students, Residents, Obstetrics and Gynecology Attendings, Nassau County Medical Center, East Meadow, New York, C.M.E. Credit, November 15, 1994

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Minneapolis, Minnesota,  November 16, 1994

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology  Grand  Rounds, Obstetrics and Gynecology Attendings, Riverside Hospital, Minneapolis, Minnesota, C.M.E. Credit, November 17, 1994

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology  Grand Rounds, Obstetrics and Gynecology Attendings, St. Paul Ramsey Hospital, St. Paul, Minnesota, C.M.E. Credit, November 17, 1994

"Critical Appraisal of Gynecologic Endoscopy," Obstetrics and Gynecology Attendings, Society of Obstetrics and Gynecology, Toronto, Canada, November 22, 1994

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology  Grand Rounds, Obstetrics and Gynecology Attendings, Danbury Hospital, Danbury, Connecticut, C.M.E. Credit, November 28, 1994

"Endometrial Ablation, Resection of Submucous Leiomyomas, Laparoscopic Leiomyoma Coagulation," Best Practices in Ob/Gyn teleconference,  Obstetrics and Gynecology Attendings of Kaiser Permanente Medical Group, San Francisco, California, December 3, 1994

"Evaluation and Management of Chronic Pelvic Pain," South Nassau Communities Hospital Annual Meeting, Barbados, C.M.E. Credit, December 5-9, 1994

"Laparoscopic Leiomyoma Coagulation,"  Dinner Program, Obstetrics and Gynecology Attendings, Syracuse, New York, December 13, 1994

"Endometrial Ablation and Resection of Submucous Leiomyomata," Dinner Program, Obstetrics and Gynecology Attendings, Albany, New York, December 16, 1994

"Endometrial Ablation and Resection of Submucous Leiomyomata," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Medical Students, North Shore  Medical Center, Manhasset, C.M.E. Credit, January 11, 1995

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, January 25, 1995

15

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Fairfax Hospital, Fairfax, Virginia, C.M.E. Credit, January 31, 1995

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Butterworth Hospital, Grand Rapids, Michigan, C.M.E. Credit, February 1, 1995

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Detroit, Michigan, February 1, 1995

"Laparoscopic Leiomyoma Coagulation Case Presentation, Obstetrics and Gynecology Residents, Yale Medical School, Hartford, Connecticut, C.M.E. Credit, February 2, 1995

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Yale Medical School, Hartford, Connecticut, C.M.E. Credit, February 2, 1995

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, Hartford, Connecticut, February 2, 1995

"GnRH Agonists for the Treatment of Leiomyomata," Luncheon Meeting, Obstetrics and Gynecology Attendings, Uniondale, New York, February 28, 1995

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Malden Hospital, Boston, Massachusetts, C.M.E. Credit, March 2, 1995

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, March 8, 1995

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Beth Israel Hospital, Newark, New Jersey, C.M.E. Credit, March 20, 1995

Obstetrics and Gynecology Clinic Coverage, Obstetrics and Gynecology Residents, North Shore University Hospital, Manhasset, New York, March 24, 1995

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, April 13, 1995

16

"Endomyometrial Resection," and "Resection of Submucous Leiomyomata," <u>Advances in Gynecology: Improving Outcomes,</u> New York, New York, C.M.E. Credit, April 21-22, 1994

"Current Medical and Surgical Management of Uterine Leiomyomata (including Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Attendings, Kaiser Permanente, Washington, D.C., April 27, 1995

"Transcervical Endometrial Ablation and Resection of Submucous Leiomyomata," Obstetrics and Gynecology Attendings, Kaiser Permanente, Falls Church, Virginia, April 27, 1995

"Endometriosis and GnRH Agonist Add-Back Therapy," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Our Lady of Mercy Hospital, Bronx, New York, C.M.E. Credit, May 5, 1995

"Operative Hysteroscopy," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, NY Downtown Hospital, C.M.E. Credit, May 12, 1995

"Endometrial Ablation" and "Resection of Submucous Leiomyomata," Obstetrics and Gynecology Attendings, Century Same Day Surgery, Latham, New York, May 13, 1995

"Management of Leiomyomata Uteri with Myolysis," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, St. Michaels Medical Center, Newark, New Jersey, C.M.E. Credit, May 31, 1995

"Management of Leiomyomata Uteri with Myolysis," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Hayward Kaiser Permanente, Hayward, California, C.M.E. Credit, June 29, 1995

"Management of Leiomyomata Uteri with Myolysis," Dinner Meeting, Obstetrics and Gynecology Attendings, Hayward Kaiser Permanente, Hayward, California, June 29, 1995

"Management of Leiomyomata Uteri with Myolysis," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings and Residents, Oakland Kaiser Permanente, Oakland, California, C.M.E. Credit, June 30, 1995

"Medical Management and Surgical Treatment of Uterine Leiomyomata," Medical Students, Long Island Jewish Medical Center, New Hyde Park, New York, July 5, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Wykoff Hospital, Brooklyn, New York, C.M.E. Credit, July 14, 1995

"Management of Leiomyomata Uteri (including Myolysis)," United HealthCare of the Midlands, Obstetrics and Gynecology Attendings, Omaha, Nebraska, August 21, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, University of Nebraska Medical School, Omaha, Nebraska, C.M.E. Credit, August 21, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Nurses, New England Medical Center, Boston, Massachusetts, C.M.E. Credit, September 18, 1995

"Options in Myoma Management," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Nurses, Melrose-Wakefield Hospital, Melrose, Massachusetts, C.M.E. Credit, September 18, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Dinner Meeting, Obstetrics and Gynecology Attendings, Harvard Medical Center, Boston, Massachusetts, September 18, 1995

"Management of Leiomyomata Uteri (including Myolysis) and Endometrial Ablation," Obstetrics and Gynecology, Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Good Samaritan Hospital, Brockton, Massachusetts, C.M.E. Credit, September 19, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Dinner Meeting, Obstetrics and Gynecology Attendings, New England Medical Center, Boston, Massachusetts, C.M.E. Credit, September 20, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Nurses, Boston City Hospital, Boston, Massachusetts, C.M.E. Credit, September 20, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Sharpe HealthCare, San Diego, California, C.M.E. Credit, September 21, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, John Peter Smith Hospital, Fort Worth, Texas, C.M.E. Credit, October 3, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Baylor University Medical Center, Dallas, Texas, C.M.E. Credit, October 3, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Dinner Meeting, Kaiser Permanente Obstetrics and Gynecology Attendings, Dallas, Texas, C.M.E. Credit, October 3, 1995

"Management of Leiomyomata Uteri (including Myolysis)," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, United Hospital, Portchester, New York, October 11, 1995

"Management of Leiomyomata," Residents of Local (Nassau) Community, South Nassau Communities Hospital, Oceanside, New York, October 23, 1995

"Laparoscopic Leiomyoma Coagulation," Luncheon Conference, Obstetrics and Gynecology Attendings, The World Congress of Gynecologic Endoscopy, AAGL 24th Annual Meeting, Orlando, Florida, C.M.E. Credit, November 11, 1995

"Update on Use of GnRH Agonists," Dinner Meeting, Obstetrics and Gynecology Attendings, Baltimore, Maryland, November 13, 1995

"Update on Use of GnRH Agonists," Obstetrics and Gynecology Grand Rounds, Dinner Meeting, Obstetrics and Gynecology Attendings, Washington Hospital Center, Washington, D.C., C.M.E. Credit, November 14, 1995

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Medical Students, San Francisco Kaiser Permanente, San Francisco, California, April 22, 1996

"Alternatives to Hysterectomy and Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Travis Air Force Base, Sacramento, California, April 22, 1996

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Attendings, San Francisco Kaiser Permanente, S. City/Redwood City, California, April 22, 1996

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Attendings, San Rafael Kaiser Permanente, Obstetrics and Gynecology Residents, San Rafael, California, April 23, 1996

"Laparoscopic Leiomyoma Coagulation," Dinner Meeting, Obstetrics and Gynecology Residents, Stanford University, Stanford, California, April 23, 1996

"Laparoscopic Myolysis: An Alternative to Hysterectomy for Myomas" and "Hysteroscopic Resection of Submucous Myomas," Update 1966: Current Issues and New Techniques in Gynecology, Obstetrics and Gynecology Attendings, San Francisco, California, C.M.E., July 26-27, 1996

19

"Endometrial Ablation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Medical Students, Long Island Jewish Medical Center, Lake Success, New York, C.M.E. Credit, September 4, 1996

"Endometrial Ablation," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Residents, and Medical Students, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, September 19, 1996

"Laparoscopic Management of Leiomyomas" and "Hysteroscopic Resection of Leiomyomas," Contemporary Issues in the Management of Endometriosis and Uterine Fibroids: Improving Outcomes, Obstetrics and Gynecology Attendings, Houston, Texas, C.M.E. Credit, February 14-15, 1997

"Laparoscopic Myolysis" and "Operative Hysteroscopy," Fifth Annual Gynecologic Endoscopic Seminar, Obstetrics and Gynecology Attendings and Nurses, Holy Cross Hospital, Silver Springs, Maryland, C.M.E. Credit, March 22, 1997

"Management and Treatment of Uterine Leiomyomata," Dinner Meeting, Obstetrics and Gynecology Attendings, Albany, New York, April 10, 1997

"Laparoscopic Leiomyoma Coagulation," American College of Obstetrics and Gynecology-New York Central District Meeting, Obstetrics and Gynecology Attendings, Syracuse, New York, C.M.E. Credit, May 15, 1997

"Management and Treatment of Uterine Leiomyomata," Dinner Meeting, Obstetrics and Gynecology Attendings, Poughkeepsie, New York, June 11, 1997

"Management and Treatment of Uterine Leiomyomata," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology Attendings, Poughkeepsie, New York, June 12, 1997

"Diagnosis and Treatment of Mild Endometriosis," Dinner Meeting, Obstetrics and Gynecology Attendings, Nurse Practioners and Registered Nurses, Buffalo, New York, July 9, 1997

"Laparoscopic Leiomyoma Coagulation," Obstetrics and Gynecology Grand Rounds, Genesee Memorial Hospital, Obstetrics and Gynecology Attendings, Rochester, New York, C.M.E. Credit, July 10, 1997

"Laparoscopic Myolysis: An Alternative to Hysterectomy for Fibroids " and Hysteroscopic Resection of Submucous Myomas," Current Issues and New Techniques in Gynecology Seminar, Obstetrics and Gynecology Attendings, San Francisco, California, C.M.E. Credit, July 11-12, 1997

"Laparoscopic Myolysis," "Laparoscopic Myomectomy," and "Endometrial Ablation," Alternatives to Hysterectomy Seminar, Obstetrics and Gynecology Attendings, Baton Rouge, Louisiana, C.M..E. Credit, July 23, 1997

"Laparoscopic Myolysis," "Laparoscopic Myomectomy," and "Endometrial Ablation," Alternatives to Hysterectomy Seminar, Obstetrics and Gynecology Attendings, Baton Rouge, Louisiana, C.M.E. Credit, July 24, 1997

"Laparoscopic Myolysis," Obstetrics and Gynecology Attendings and Nurses, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, September 18, 1997

"Laparoscopic Myolysis," Obstetrics and Gynecology Attendings, Bronx Obstetrics and Gynecology Society, Bronx, New York, C.M.E. Credit, October 6, 1997

"Medical and Surgical Management of Uterine Leiomyomata," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology, Family Practice, General Practice, and Internal Medicine Attendings, Lawrence Hospital, Bronxville, NY, CME Credit, November 11, 1997

"Laparoscopic Management of Uterine Leiomyomata," "Hysteroscopic Approaches to the Management of Uterine Bleeding," and "Avoiding and Recognizing Hysteroscopic Complications," Management of Complex Gynecologic Conditions: Improving Outcomes Seminar, New Yoro, New York, C.M.E. Credit, July 24, 1998

"Surgical Management of Uterine Leiomyomata," Gynecology for the Next Millennium Seminar, Chicago, Illinois, C.M.E. Credit, July 31-August 1, 1998

"Hysteroscopic Resection of Submucous Leiomyomata," Obstetrics and Gynecology Grand Rounds, Obstetrical and Gynecology Attendings and Nurses, South Nassau Communities Hospital, Oceanside, New York, C.M.E. Credit, November 19, 1998

"Hysteroscopic Resection of Submucous Leiomyomata," Obstetrics and Gynecology Attendings, Aruba Hospital, Aruba, West Indies, April 1, 1999

"Introduction, Indications, and Contraindications of Hysteroscopy," "Hysteroscopic Treatment of Abnormal Uterine Bleeding: Endomyometrial Resection and Resection of Submucous Fibroids," "Recognizing and Managing Complications in Hysteroscopic Surgery," Diagnostic and Operative Hysteroscopic Course/Workshop, Gynecology Attendings, G.A.T.E. Institute of Holy Cross Hospital, Silver Spring, Maryland, C.M.E. Credit, April 17, 1999

21

"Surgical Techniques and Avoiding Complications" and "Medical and Surgical Management of Fibroids," Making a Difference: New Treatment Strategies for Difficult Gynecologic Disorders, Gynecology Attendings, New York, New York, C.M.E. Credit, July 9, 1999

"Office Diagnostic Hysteroscopy" and "Operative Hysteroscopy of Intracavitary Disease," Advanced Concepts in Diagnostic and Operative Hysteroscopy, Gynecology Attendings, Washington, D.C., C.M.E. Credit, October 22-23, 1999

"Medical and Surgical Management of Uterine Leiomyomata," Obstetrics and Gynecology Grand Rounds, Obstetrics and Gynecology, Gynecology Attendings, Maimonides Hospital, C.M.E. Credit, November 19, 1999

"Introduction, Indications, and Contraindications of Hysteroscopy," "Distention Media in Operative Hysteroscopy: Prevention and Management of Excessive Fluid Intravasation," "Avoiding and Recognizing Complications in Hysteroscopic Surgery," Diagnostic and Operative Hysteroscopic Course/Workshop, Gynecology Attendings, G.A.T.E. Institute of Holy Cross Hospital, Silver Spring, Maryland, C.M.E. Credit, December 11, 1999

"Management of Abnormal Uterine Bleeding," Changing Perspectives: A New Outlook on Gynecologic Disorders, Gynecology Attendings and Residents, Medical Education Collaborative, New York, New York, C.M.E. Credit, February 11, 2000

"Alternatives to Hysterectomy," Dinner Meeting, Gynecology Attendings, Waterbury, Connecticut, C.M.E. Credit, April 14, 2000

"Diagnostic Hysteroscopy and Pathophysiology," "Management of Abnormal Uterine Bleeding," and "Hysteroscopic Myomectomy and Endometrial Ablation/Resection," Innovative Treatment for Uterine Fibroids, Gynecology Attendings, G.A.T.E. Institute of holy Cross Health System, Silver Spring, Maryland, C.M.E. Credit, June 3, 2000

"Dynamics and Management of Uterine Distension Media," Hysterectomy Alternatives, Obstetrics and Gynecology Attendings, Residents, and Medical Students, NYU Downtown Hospital, New York, New York, C.M.E. Credit, October 11, 2003

## VISITING PROFESSORSHIP PROGRAMS:

Live Case Demonstrations of Operative Hysteroscopy and Resectoscopy Including Endometrial Ablation, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, March 31, 1992

Live Case Demonstration of Laparoscopic Hysterectomy, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, September 23, 1992

Live Case Demonstrations of Operative Hysteroscopy and Resectoscopy Including Endometrial Ablation, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, November 23, 1992
Live Case Demonstrations of Operative Hysteroscopy and Resectoscopy Including Endometrial Ablation, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, December 1, 1992

Live Case Demonstration of Hysteroscopic Endometrial Ablation, Obstetrics and Gynecology Attendings and Residents, Nassau County Medical Center, East Meadow, New York, December 28, 1992

Live Case Demonstrations of Operative Hysteroscopy and Resectoscopy Including Endometrial Ablation, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, January 7, 1993

Live Case Demonstrations of Endometrial Ablation, Obstetrics and Gynecology Attendings, Mid-Island Hospital, Bethpage, New York, February 18, 1993

Live Case Demonstrations of Endometrial Ablation, Obstetrics and Gynecology Attendings, Brookdale Hospital, Brooklyn, New York, C.M.E. Credit, May 18, 1993

Live Case Demonstration of Endometrial Ablation, Obstetrics and Gynecology Attendings and Residents, Nassau County Medical Center, East Meadow, New York, C.M.E. Credit, June 4, 1993

Live Case Demonstration of Laparoscopic Assisted Vaginal Hysterectomy, Obstetrics and Gynecology Attendings and Residents, Nassau County Medical Center, East Meadow, New York, August 4, 1993

Live Case Demonstration of Operative Hysteroscopy, Obstetrics and Gynecology Attendings, Newton Memorial Hospital, Newton, New Jersey, August 13, 1993

Live Case Demonstrations of Endomyometrial Resection, Obstetrics and Gynecology Attendings, Mid-Island Hospital, Bethpage, New York, August 18, 1993

Live Case Demonstrations of Laparoscopic Hysterectomy and Laparoscopic Assisted Vaginal Hysterectomy, Obstetrics and Gynecology Attendings, Glens Falls Memorial Hospital, Glens Falls, New York, August 24, 1993

Live Case Demonstrations of "Laparoscopic Hysterectomy" and "Laparoscopic Assisted Vaginal Hysterectomy, Obstetrics and Gynecology Attendings, Glens Falls Memorial Hospital, Glens Falls, New York, August 25, 1993

23

Live Case Demonstration of "Laparoscopic Assisted Vaginal Hysterectomy and Laparoscopic Umbilical Herniorrhaphy," Obstetrics and Gynecology Attendings and Residents, Nassau County Medical Center, East Meadow, New York, September 1, 1993

Live Case Demonstrations of Video Laser Laparoscopy with Laparoscopic Uterine Nerve Ablations, Obstetrics and Gynecology Attendings, Newton Memorial Hospital, Newton, New Jersey, September 28, 1993

Live Case Demonstration of Laparoscopic Assisted Vaginal Hysterectomies, Obstetrics and Gynecology Attendings, Mid-Island Hospital, Bethpage, New York, October 13, 1993

Live Case Demonstration of Laparoscopic Assisted Vaginal Hysterectomies, Obstetrics and Gynecology Attendings, Residents, and Physician Assistants, Coney Island Hospital, Brooklyn, New York, October 14, 1993

Live Case Demonstrations of Endomyometrial Resection, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, October 15, 1993

Live Case Demonstrations of Laparoscopic Assisted Vaginal Hysterectomies and Endometrial Ablations, Obstetrics and Gynecology Attendings, St. Clare's Riverside Medical Center, Whippany, New Jersey, November 19, 1993

Live Case Demonstrations of Laparoscopic Assisted Vaginal Hysterectomies, Mid-Island Hospital, Obstetrics and Gynecology Attendings, Mid-Island Hospital, Bethpage, New York, January 7, 1994

Live Case Demonstrations of Laparoscopic Assisted Vaginal Hysterectomy and Laparoscopic Leiomyoma Coagulations, Obstetrics and Gynecology Attendings, St. Luke's Hospital, Newburg, New York, January 20, 1994

Live Case Demonstrations of Endomyometrial Resection and Myoma Coagulations, Obstetrics and Gynecology Attendings, Mid-Hudson Valley Hospital, Peekskill, NY, January 29, 1994

Live Case Demonstrations of Laparoscopic Assisted Vaginal Hysterectomies, Obstetrics and Gynecology Attendings, St. Peter's Hospital, Albany, New York, February 14, 1994

Live Case Demonstration of Laparoscopic Hysterectomies, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, April 16, 1994

Live Case Demonstrations of Endomyometrial Resection, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, C.M.E. Credit, April 23, 1994

24

Live Case Demonstrations of Laparoscopic Assisted Vaginal Hysterectomies, Obstetrics and Gynecology Attendings, St. Peter's Hospital, Albany, New York, May 6, 1994

Live Case Demonstrations of Laparoscopic Hysterectomy, Obstetrics and Gynecology Attendings, Morristown Memorial Hospital, Morristown, New Jersey, May 20, 1994

Live Case Demonstration of Laparoscopic Assisted Vaginal Hysterectomy, Obstetrics and Gynecology Attendings, Mercy Hospital, Rockville Centre, June 30, 1994

Live Case Demonstrations of Myoma Coagulation, Obstetrics and Gynecology, Attendings, White Plains Hospital, White Plains, New York, August 13, 1994

Live Case Demonstrations of Endomyometrial Resection, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, September 19, 1994

Live Case Demonstrations of Endomyometrial Resection, Obstetrics and Gynecology Attendings, Overton Hospital, Summit, New Jersey, November 5, 1994

Live Case Demonstrations of Myoma Coagulation, Obstetrics and Gynecology Attendings, Crouse Irving Memorial Hospital, Syracuse, New York, November 12, 1994

Live Case Demonstrations of Myoma Coagulation and Endomyometrial Resection, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, November 18, 1994

Live Case Demonstrations of Myoma Coagulation and Endomyometrial Resection, and Gynecology Attendings, White Plains Hospital, White Plains, New York, December 13, 1994

Live Case Demonstrations of Myoma Coagulation, Obstetrics and Gynecology Attendings, Crouse Irving Memorial Hospital, Syracuse, New York, December 14, 1994

Live Case Demonstrations of Endomyometrial Resection and Resection of Submucous Leiomyomata, Obstetrics and Gynecology Attendings, St. Peter's Hospital, Albany, New York, December 17, 1994

Live Case Demonstrations of Myoma Coagulation and Endomyometrial Resection, Obstetrics and Gynecology Attendings, Butterworth Hospital, Grand Rapids, Michigan, February 1, 1995

Live Case Demonstrations of Endomyometrial Resection and Resection of Submucous Leiomyomata, Obstetrics and Gynecology Residents, North Shore University Hospital, Manhasset, New York, March 10, 1995

25

Live Case Demonstration of Laparoscopic Leiomyoma Coagulation, Obstetrics and Gynecology Residents and Attendings, South Nassau Communities Hospital, Oceanside, New York, March 14, 1995

Live Case Demonstration of Endomyometrial Resection Obstetrics and Gynecology Attendings, Mid-Island Hospital, Bethpage, New York, April 13, 1995

Live Case Demonstrations of Myoma Coagulation and Endomyometrial Resection, Obstetrics and Gynecology Attendings, Kaiser Permanente Surgical Center, Falls Church, Virginia, April 27, 1995

Live Case Demonstration of Transcervical Resection of Submucous Leiomyomata, Myoma Coagulation and Endometrial Ablation, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, May 5, 1995

Live Case Demonstrations of Transcervical Resection of Submucous Leiomyomata and Endometrial Ablation, Obstetrics and Gynecology Attendings, Century Same Day Surgery Center, Latham, New York, May 13, 1995

Live Case Demonstrations of Endomyometrial Resection, Transcervical Resection of Submucous Leiomyomata, and Myoma Coagulation and Endometrial Ablation, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, May 22, 1995

Live Case Demonstrations of Endomyometrial Resection, Transcervical Resection of Submucous Leiomyomata, and Myoma Coagulation, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, June 6, 1995

Live Case Demonstrations of Endomyometrial Resection, Transcervical Resection of Submucous Leiomyomata, and Myoma Coagulation, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, July 18, 1995

Live Case Demonstrations of Transcervical Resection of Submucous Leiomyomata, and Endometrial Ablation, Obstetrics and Gynecology Attendings, White Plains Hospital, White Plains, New York, October 25, 1995

Live Case Demonstration of Endomyometrial Resection, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, October 27, 1995

Live Case Demonstrations of Endomyometrial Resection; Laparoscopic Leiomyoma Coagulation; Laparoscopic Myomectomy, Obstetrics and Gynecology Residents and Attendings, South Nassau Communities Hospital, Oceanside, New York, November 17, 1995

26

Live Case Demonstration of Hysteroscopic Resection of Submucous Leiomyomata and Endomyometrial Resection, Obstetrics and Gynecology Residents and Attendings, Long Island Jewish Medical Center, New Hyde Park, New York, November 21, 1995
Live Case Demonstration of Hysteroscopic Resection of Submucous Leiomyomata and Abdominal Myomectomy, Obstetrics and Gynecology Residents and Attendings, Long Island Jewish Medical Center, New Hyde Park, New York, December 15, 1995

Live Case Demonstration of Laparoscopic Subtotal Hysterectomy, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, December 27, 1995

Live Case Demonstrations of Hysteroscopic Resection of Leiomyomata, Obstetrics and Gynecology Attendings, Recovery Inn, Menlo Park, California, March 7, 1996

Live Case Demonstrations of Endomyometrial Resection and Resection of Submucous Leiomyomas, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, March 12, 1996

Live Case Demonstrations of Hysteroscopic Resection of Leiomyomata, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, April 17, 1996

Live Case Demonstrations of Hysteroscopic Resection of Leiomyomata and Endomyometrial Resection, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, April 17, 1996

Live Case Demonstrations of Hysteroscopic Resection of Leiomyomata and Endomyometrial Resection, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, May 29, 1996

Live Case Demonstrations of Operative Laparoscopy, Obstetrics and Gynecology Attendings and Long Island Jewish Medical Center Resident, South Nassau Communities Hospital, Oceanside, New York, July 2, 1996

Live Case Demonstrations of Operative Laparoscopy, Obstetrics and Gynecology Attendings and Long Island Jewish Medical Center Resident, South Nassau Communities Hospital, Oceanside, New York, July 3, 1996

Live Case Demonstrations of Hysteroscopic Resection of Leiomyomata and Endomyometrial Resection, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, July 9, 1996

Live Case Demonstrations of Laparoscopic Subtotal Hysterectomy, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, July 9, 1996

27

Live Case Demonstrations of Laparoscopic Subtotal Hysterectomy, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, July 17, 1996

Live Case Demonstration of Laparoscopic Salpingooophorectomy, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, July 23, 1996

Live Case Demonstrations of Laparoscopic Assisted Vaginal Hysterectomy and Endomyometrial Resection, Obstetrics and Gynecology Attendings, South Nassau Communities Hospital, Oceanside, New York, July 24, 1996

## PUBLICATIONS:

### JOURNAL ARTICLES:

Brunquell P and Phillips DR: An ecological survey of the symbiotic fauna of Northern Long Island. Probe 2:45-48, 1971

Phillips DR: A comparison of endometrial ablation using the Nd:YAG laser or electrosurgical techniques. Journal of American Association of Gynecologic Laparoscopists 1(3): 235-239, 1994

Phillips DR: Laparoscopic myoma coagulation (myolysis). New Developments in Medicine and Drug Therapy 3(3):46-47, 1994

Phillips DR: Laparoscopic leiomyoma coagulation. Journal of Gynaecologic Endoscopy 4(2):5-12, 1995

Phillips DR, Nathanson HG, Meltzer SM, Milim SJ, Haselkorn JS, Johnson, P: Transcervical electrosurgical resection of submucous leiomyomas for chronic menorrhagia. Journal of American Association of Gynecologic Laparoscopists 2(2):147-153, 1995

Phillips DR: Endometrial ablation for postmenopausal uterine bleeding induced by hormone replacement therapy. Journal of American Association of Gynecologic Laparoscopists 2(4):389-393, 1995

Phillips DR: Endometrial resection: An alternative to hysterectomy for women with heavy menstrual periods. New Developments in Medicine and Drug Therapy 4(3):40, 1995

28

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS: 100 laparoscopic hysterectomies in private practice and visiting professorship programs. Journal of American Association of Gynecologic Laparoscopists 3(1):47-53, 1995

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS: Assessment of magnetic resonance imaging for diagnosing of uterine adenomyomata. Journal of American Association of Gynecologic Laparoscopists 3(2):245-250, 1996

Parker WH, Canis M, Childers JM, Phillips DR, Brumsted J: Laparoscopic management of benign cystic teratomas during pregnancy. American Journal of Obstetrics and Gynecology 174:1499-1501, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS, Khapra A, Ross PL: The effect of dilute vasopressin solution on intraoperative blood loss during operative hysteroscopy: A randomized, controlled trial. Obstetrics and Gynecology 88(5):761-766, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS: Laparoscopic bipolar coagulation for the conservative treatment of adenomyomata.  Journal of American Association of Gynecologic Laparoscopists  4(1):19-24, 1996

Nezhat FR, Tazuke S, Nezhat CR, Seidman DS, Phillips DR, , Nezhat CR: Laparoscopy during pregnancy: A literature review:  Journal of the Society of Laparoendocopic Surgeons 1:17-27, 1997

Nathanson HG, Phillips DR, Milim SJ, Haselkorn JS: Relationship of endometrial thickness with the menstrual timing of depot leuprolide acetate administration. Journal of American Association of Gynecologic Laparoscopists  4(2):191-194, 1997

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS: The effect of dilute vasopressin solution on the force needed for cervical dilatation during operative hysteroscopy: A randomized, controlled trial. Obstetrics and Gynecology 89(4):507-511, 1997

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS: Experience with laparoscopic leiomyoma coagulation (myolysis) and concomitant operative hysteroscopy. Journal of American Association of Gynecologic Laparoscopy 4(4):425-430, 1997

Phillips DR, Milim SJ, Nathanson HG, Phillips RE, Haselkorn JS: Preventing hyponatremic encephalopathy: A comparison of serum sodium and osmolality during operative hysteroscopy with 5.0% mannitol and 1.5% glycine distention media. Journal of American Association of Gynecologic Laparoscopy 4(5):567-576, 1997

Nezhat CH, Nezhat FR, Phillips DR, Tazuke S, Seidman DS, Nezhat CR: Laparoscopic management of pelvic pathology during pregnancy:  Journal of American Association of Gynecologic Laparoscopy 4(5):605-608, 1997

29

Phillips DR, Goldfarb H: Laparoscopic Leiomyoma Coagulation (Myolysis). Surgical Technology International VI: 187-191, 1997

**BOOK CHAPTER:**

Phillips DR: Laparoscopic Leiomyoma Coagulation (Myolysis). In: *Endoscopic Surgery for Gynaecologists*. Diamond M, Sutton C, editors. 2nd Edition, London, W.B. Saunders Company, 1998, pp 280-288

Phillips DR: Fibroids and Menorrhagia: The Role of Myolysis," In: *Menorrhagia*. Sheth SS, Sutton C, editors. Isis Medical Media Ltd, Oxford, 1999, pp 165-174

**ABSTRACTS:**

Phillips DR. Laparoscopic coagulation of leiomyomata.   Abstracts for the 23rd World Congress of Gynecologic Endoscopy (November 10-14, 1993) p23, 1993

Phillips DR. Comparison of endometrial ablation performed by electrosurgery versus laser. Abstracts for the 23rd World Congress of Hysteroscopy (February 9-11, 1996) p304, 1993

Phillips DR. Endometrial ablation in menopausal women on estrogen replacement therapy complaining of abnormal uterine bleeding. Journal of American Association of Gynecologic Laparoscopists 1(4) Suppl:S29, 1994

Phillips DR. Resectoscopic myomectomy for treatment of menorrhagia. Journal of American Association of Gynecologic Laparoscopists 1(4) Suppl:S29, 1994

Phillips DR. Laparoscopic leiomyoma coagulation. Journal of American Association of Gynecologic Laparoscopists 1(4) Suppl:S49, 1994

Nathanson HG, Phillips DR, Milim SJ, Haselkorn JS. Relationship of endometrial thickness to the menstrual timing of depot leuprolide acetate administration. Journal of American Association of Gynecologic Laparoscopists 2(4) Suppl:S34, 1995

Parker WH, Canis M, Childers JM, Phillips DR. Laparoscopic management of benign cystic teratomas during pregnancy. Journal of American Association of Gynecologic Laparoscopists 2(4) Suppl:S41, 1995

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS.   Laparoscopic bipolar coagulation of leiomyomata. Journal of American Association of Gynecologic Laparoscopists 2(4) Suppl:S42, 1995

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. The effect of dilute vasopressin solution (0.25%) on the force necessary for cervical dilatation. Abstracts for the 2nd World Congress of Hysteroscopy (February 9-11, 1996) p23, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. The effect of dilute vasopressin solution (0.25%) on intraoperative blood loss during resectoscopy. Abstracts for the 2nd World Congress of Hysteroscopy (February 9-11, 1996) p24, 1996

Nathanson HG, Phillips DR, Milim SJ, Haselkorn JS. Relationship of endometrial thickness to the menstrual timing of depot leuprolide acetate administration. Abstracts for the 2nd World Congress of Hysteroscopy (February 9-11, 1996) p20, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. The effect of dilute vasopressin on blood loss during operative hysteroscopy. Journal of American Association of Gynecologic Laparoscopists 3(4) Suppl:S38, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. The effect of dilute 0.25% vasopressin solution on the linear force necessary for cervical dilatation. Journal of American Association of Gynecologic Laparoscopists 3(4) Suppl:S38-39, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. Laparoscopic bipolar coagulation for the conservative treatment of adenomyomas. Journal of American Association of Gynecologic Laparoscopists 3(4) Suppl:S39, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. Laparoscopic leiomyoma coagulation. Journal of American Association of Gynecologic Laparoscopists 3(4) Suppl:S39, 1996

Tazuke S, Nezhat CR, Phillips DR, Roemisch M. Removal of adnexal masses by operative laparoscopy during pregnancy. Journal of American Association of Gynecologic Laparoscopists 3(4) Suppl:S50, 1996

Phillips DR. Adequacy of OPERASTAR System endometrial samples for histology. Journal of American Association of Gynecologic Laparoscopists 3(4) Suppl:S62, 1996

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. Effects of different distention medium fluid temperatures on intravasation, blood loss, and hypothermia during transcervical resection of endomyometrium and any existing submucous leiomyoma. Journal of American Association of Gynecologic Laparoscopists 4(4) Suppl:S44, 1997

Phillips DR, Nathanson HG, Milim SJ, Haselkorn JS. Effects of different distention medium fluid temperatures on intravasation, blood loss, and hypothermia during transcervical resection of endomyometrium and any existing submucous leiomyoma. Journal of American Association of Gynecologic Laparoscopists 5(3) Suppl:S39, 1998

31

**BOOK REVIEW:**

Myomectomy, edited by Bieber EJ and Maclin VM, reviewed by Phillips DR, Journal of American Association of Gynecologic Laparoscopists 6(2): 244, 1999

## PAPER, POSTER, VIDEO PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS:

The World Congress of Gynecologic Endoscopy, AAGL 22nd Annual Meeting: "A Comparative Study: Ablation of the endometrium using either the Nd:YAG laser or electrosurgical techniques (Paper)" and "Laparoscopic Leiomyoma Coagulation (Paper)," San Francisco, California, C.M.E. Credit, November 12-14, 1993

European Congress of Gynecologic Endoscopic Surgery; Third Congress of European Society of Gynecologic Endoscopy; Sixth Congress of European Society of Gynecologic Endoscopy: "Laparoscopic Leiomyoma Coagulation (Paper)," Rome, Italy, June 15-18, 1994

Second International Gynecologic Endoscopic Film Festival, "Laparoscopic Myoma Coagulation" and "Comparison of Bipolar and Nd:YAG Laser Myoma Coagulation (Video)," San Diego, California, C.M.E. Credit, July 18-19, 1994

The 14th World Congress of the International Federation of Gynecology and Obstetrics, (FIGO), "Laparoscopic Leiomyoma Coagulation (Paper)," Montreal, Canada, September 24-30, 1994

The World Congress of Gynecologic Endoscopy, AAGL 23nd Annual Meeting: "Endometrial Ablation in Postmenopausal Women on Hormone Replacement Therapy Complaining of Abnormal Uterine Bleeding (Paper)" and "Effectiveness of Transcervical Electrosurgical Resection of Submucous Leiomyomas for Chronic Menorrhagia (Paper)," New York, New York, C.M.E. Credit, October 19-23, 1994

The Society of Laparoendoscopic Surgeons' Third Annual Meeting: Endo Expo '94; "Laparoendoscopic Surgery: New Vistas," "Endometrial ablation in postmenopausal women on hormone replacement therapy complaining of abnormal vaginal bleeding" and "Effectiveness of Transcervical Electrosurgical Resection of Submucous Leiomyomas for Chronic Menorrhagia," C.M.E. Credit, December 8-10, 1994

World Congress of Gynecologic Endoscopy Conference: "Effectiveness of Transcervical Electrosurgical Resection of Submucous Leiomyomas for Chronic Menorrhagia (Paper)" and "Endometrial Ablation in Postmenopausal Women on Hormone Replacement Therapy Complaining of Abnormal Uterine Bleeding (Poster)," C.M.E. Credit, Jerusalem, Israel, February 26-March 3, 1995

The World Congress of Gynecologic Endoscopy, AAGL 24th Annual Meeting: "Laparoscopic Management of Benign Cystic Teratomas during Pregnancy (Paper)," "Laparoscopic Leiomyoma Coagulation, (Paper)," "Relationship of Endometrial Thickness with the Menstrual Timing of Depot Leuprolide Acetate (Paper)," "100 Laparoscopic Hysterectomies in Private Practice and Visiting Professorship Programs (Paper)," Orlando, Florida, C.M.E. Credit, November 10-12, 1995

The Society of Laparoendoscopic Surgeons' Fourth Annual Meeting: Endo Expo '95; "Laparoendoscopic Surgery: New Vistas," "Laparoscopic Leiomyoma Coagulation (Paper)," "Relationship of Endometrial Thickness with the Menstrual Timing of Depot Leuprolide Acetate (Paper)," "100 Laparoscopic Hysterectomies in Private Practice and Visiting Professorship Programs (Paper)," Orlando, Florida, C.M.E. Credit, December 7-9, 1995

Second World Congress of Hysteroscopy: "The Effect of Dilute Vasopressin Solution (0.25%) on Cervical Dilatation during Operative Hysteroscopy (Paper)," "The Effect of Dilute Vasopressin Solution (0.25%) on Intraoperative Blood Loss during Operative Hysteroscopy (Paper)," "Hysteroscopic Resection of Adenomyoma (Video Presentation), "Relationship of Endometrial Thickness with the Menstrual Timing of Depot Leuprolide Acetate Administration (Paper)," "Comparison of the Blood Chemistry Changes during Operative Hysteroscopy Using 5.0% Mannitol vs. 1.5% Glycine (Paper) Miami, Florida, C.M.E. Credit, February 9-11, 1996

World Congress of Gynecologic Endoscopy, AAGL 25th Annual Meeting: "The Effect of Dilute Vasopressin Solution on Intraoperative Blood Loss during Operative Hysteroscopy: A Randomized, Controlled Trial (Paper)," "Laparoscopic Bipolar Coagulation for the Conservative Treatment of Adenomyomata (Poster)," "The Effect of Dilute Vasopressin Solution on Cervical Dilatation during Operative Hysteroscopy: A Randomized, Controlled Trial (Paper)," "Laparoscopic Leiomyoma Coagulation (Myolysis): Long Term Follow Up of 167 Patients (Poster; Third Place Award)," "Comparison of the Blood Chemistry Changes during Operative Hysteroscopy Using 5.0% Mannitol vs. 1.5% Glycine (Paper)," "Adequacy of the FemRx Opera Star System Endometrial Tissue Samples for Histology (Paper)," Chicago, Illinois, C.M.E. Credit, September 25-29, 1996

World Congress on Hysteroscopy and Related Technologies in the Management of Abnormal Uterine Bleeding (AUB): "Laparoscopic Leiomyoma Coagulation," "The Effects of Two Different Distension Medium Fluid Temperatures on Intravasation, Blood Loss, and Hypothermia during Transcervical Resection of Endomyometrium and Any Existing Submucous Leiomyoma: A Randomized Trial," "Preventing Hyponatremic Encephalopathy: A Comparison of Serum Sodium and Osmolality during Operative Hysteroscopy with 5.0% Mannitol and 1.5% Glycine Distention Media," Miami Beach, Florida, C.M.E. Credit, February 27-March 1, 1998

33

World Congress of Gynecologic Endoscopy, AAGL 27th Annual Meeting:
"Abdominal Approaches: Laparoscopy or Laparotomy; Myomectomy or Myolysis
(presentation in Post Graduate Course: Evaluation and Management of Abnormal Uterine
Bleeding)," "Laparoscopic Hysterectomy for Fibroids: Techniques, Indications, and
Complications (presentation in Post Graduate Course: Management of Uterine Fibroids
[Co-Chairman])," "Laparoscopic Myomectomy: Techniques, Indications, Complications,
and Fertility Results (presentation in Post Graduate Course: Management of Uterine
Fibroids [Co-Chairman])," "Myolysis: Techniques, Indications, and Complications
(presentation in Post Graduate Course: Management of Uterine Fibroids
[Co-Chairman])," "Hysteroscopic Resection of Submucous Fibroids: Techniques,
Indications, and Complications (presentation in Post Graduate Course: Management of
Uterine Fibroids [Co-Chairman])," "Absorption of Physiologic Fluids versus
Nonphysiologic Fluids (discussant in Free Communications-Hysteroscopy and
Endometrial Ablation)," "The Effects of Two Different Distension Medium Fluid
Temperatures on Intravasation, Blood Loss, and Hypothermia during Transcervical
Resection of Endomyometrium and Any Existing Submucous Leiomyoma: A
Randomized Trial (presentation in Free Communications-Hysteroscopy and Endometrial
Ablation)," Atlanta, Georgia, C.M.E. Credit, October 14-19, 1998

World Congress of Gynecologic Endoscopy, AAGL 28th Annual Meeting:
"Laparoscopic Myomectomy and Myolysis (Postgraduate Lecture)" and "Prevention and
Management of Fluid Overload; Monitoring Input and Output (Panel Discussion)," Las
Vegas, Nevada, C.M.E., Credit, November 8-11, 1999

World Congress of Diagnostic and Operative Hysteroscopy: "Effects of Different
Distension Medium Fluid Temperatures on Intravasation, Blood Loss, and Hypothermia
during Transcervical Resection of Endomyometrium and Any Existing Submucous
Leiomyoma: A Randomized Trial," Miami Beach, Florida, C.M.E. Credit, February
25-27, 2000

World Congress of Gynecologic Endoscopy, AAGL 30th Annual Meeting:
"Endometrial Ablation/Endomyometrial Resection and Resection of Submucous
Fibroids" and "Laparoscopic Myolysis" (presentations in Post Graduate Course in which
I was Chairman: *Alternatives to Hysterectomy; Evaluation and Management of Abnormal
Uterine Bleeding*) and Moderator: *Endometrial Ablation Presentations*, San Francisco,
California, C.M.E. Credit, November 16-19, 2001

World Congress of Gynecologic Endoscopy, AAGL 31th Annual Meeting: Moderator:
Open Communications 13 (Miscellaneous), Miami, Florida, C.M.E. Credit, November
20-24, 2002

World Congress of Gynecologic Endoscopy, AAGL 32th Annual Meeting:
"Dynamics and Management of Uterine Distention Media" and Hysteroscopic
Endometrial Ablation/Resection of Endomyometrium" (presentations in Post Graduate
Course) and Co-Moderator: *Hysteroscopy*, Las Vegas, Nevada, C.M.E. Credit, November

34

19-22, 2003

- World Congress of Gynecologic Endoscopy, AAGL 33th Annual Meeting: Co-Moderator: *Plenary I Endometrial Ablation I*, San Francisco, California, C.M.E. Credit, November 10-13, 2004

World Congress of Minimally Invasive Gynecology, AAGL 35th Annual Meeting: "Office Liposuction and Fat Transfer," Las Vegas, Nevada, C.M.E. Credit, November 6-9, 2006

## PAPER, POSTER OR ABSTRACT PRESENTATIONS AT LOCAL MEETINGS:

Research Day, "Laparoscopic Leiomyoma Coagulation (Poster)," "A Comparison of Endometrial Ablation Using the Nd:YAG Laser or Electrosurgical Technique (Abstract)," "Transcervical Electrosurgical Resection of Submucous Leiomyomas for Chronic Menorrhagia (Abstract)," "Endometrial Ablation for Postmenopausal Uterine Bleeding Induced by Hormone Replacement Therapy (Abstract)," "Laparoscopic Hysterectomy and Its Variations in Private and Academic Institutions: 100 Cases (Abstract)," Long Island Jewish Medical Center, New Hyde Park, New York, March 21, 1995

## NATIONAL GYNECOLOGIC COURSE DEVELOPER AND DIRECTOR:

Operative Hysteroscopy and Resectoscopy, Lecture Presented: "Use of GnRH Agonist Therapy in Hysteroscopic Surgery," South Nassau Communities Hospital, Oceanside, New York, 14 Credit Hours in Category I and 14 American College of Obstetrics and Gynecology Cognate Credits, March 19-20, 1993

Operative Hysteroscopy, Resectoscopy, and Laparoscopy, Lectures Presented: "Introduction to Endoscopy," "Use of GnRH Agonist Therapy in Endoscopic Surgery," and "Laparoscopic Hysterectomy," Live Case Presentation: "Endometrial Ablation, Resection of Submucous Leiomyomata, and Myoma Coagulation," South Nassau Communities Hospital, Oceanside, New York, 16 Credit Hours in Category I and 14 American College of Obstetrics and Gynecology Cognate Credits, September 10-11, 1993

## HOSPITAL GYNECOLOGIC COURSE DEVELOPER AND DIRECTOR:

Gynecologic Endoscopy for Nurses, Lectures Presented: "Hysteroscopy: History, Indications, Contraindications, and Complications," "Hysteroscopic Distension Media," "Endoscopic Instrumentation," "Hysteroscopic Medications," and "Patient Care: Preoperative, Intraoperative, and Postoperative," South Nassau Communities Hospital, Oceanside, New York, 9 Nursing Contact Hours, September 9-10, 1994

35

**PROGRAM CHAIRMAN:**

Advanced Operative Endoscopy, Lectures Presented: "Introduction to Endoscopy," "Endoscopic Instrumentation," "Endometriosis," "Adhesiolysis," "Laparoscopic Management of Leiomyomata Uteri," and "Laparoscopic Hysterectomy," Interfaith Hospital, Brooklyn, New York, 7 Credit Hours in Category I, May 22, 1993

Advances in Gynecology: Improving Outcomes, Lectures Presented: Endomyometrial Resection," "Resection of Submucous Leiomyomata," and "Algorithms for the Treatment of Asymptomatic and Symptomatic Leiomyomata," Medical Education Collaborative, New York, New York, 9 Credit Hours in Category I, April 21-22, 1994

Update 1996: Current Issues and New Techniques in Gynecology, Lectures Presented: "Laparoscopic Myolysis: An Alternative to Hysterectomy for Myomas" and "Hysteroscopic Resection of Submucous Myomas," Medical Education Collaborative, San Francisco, California, 9.5 Credit Hours in Category I, July 26-27, 1996

Management of Gynecologic Disorders for the Next Millennium: Improving Outcomes, Lectures Presented: "Hysteroscopic Resection of Submucous Leiomyomas" and "Laparoscopic Treatment of Leiomyomas," Medical Education Collaborative, New York, New York, 9.5 Credit Hours in Category I, September 5-6, 1997

Key Strategies and Techniques for Advanced Operative Laparoscopy and Hysteroscopy (Including Hands-on Animaate Tutorial Lab and Live Surgery), Lectures Presented: "Introduction and Overview of Hysteroscopic Surgery," "Hysteroscopic Instrumentation and Distending Media-How to Use Them and Stay Out of Trouble at the Same Time," and "Hysteroscopic Polypectomy aand Myomectomy-Instrumentation, Techniques, and Safety Considerations," American Association of Gynecologic Laparoscopists, Cincinnati, Ohio,16 Credit Hours in Category I, November 30-December 1, 2001

**PROGRAM PRECEPTOR:**

Gynecologic Endoscopy, Lectures Presented: "Endometrial Ablations" and "Management of Leiomyomata," Live Surgery Performed: "Endometrial Ablation and Leiomyoma Coagulation," Staten Island University Hospital, Staten Island, New York, 14 Credit Hours in Category I, June 4-5, 1993

Preceptor, "Hands-On" Operative Endoscopy Laboratory with live and inanimate tissue, Operative Laparoscopy and Hysteroscopy Workshop, Uniondale, New York, C.M.E. Credit, April 30, 1994

Preceptor, "Hands-On" Operative Endoscopy Laboratory, Advanced Operative Endoscopy, Interfaith Hospital, Brooklyn, New York, 7 Credit Hours in Category I, May 22, 1993

36

**MEDIA APPEARANCES AND PUBLICATIONS:**

**TELEVISION:**

"Laparoscopic Hysterectomy,"  NBC News, Channel 4, November 11-12, 1991

"Endometrial Ablation," NBC News, Channel 4, March 8-9, 1992

"Alternatives to Hysterectomy and Abnormal Uterine Bleeding," To Your Good Health, Long Island News, Channel 12, July 11-12, 1992

"Alternatives to Hysterectomy and Myoma Coagulation," Long Island News, Channel 12, December 15-16, 1992

"Alternatives to Hysterectomy," Long Island News, Channel 12, January 11, 1993

"Effects of Caffeine on the Fetus," Long Island News, Channel 12, February 2, 1993

"Hysterectomy: Do I Have A Choice?" Long Island Public Broadcasting Station, Channel 21, September 16, 19, and 22, 1993; February 15, 1994; April 26, 1994; May 24, 1994; July 5 and 9, 1995; June 30, 1997

**RADIO:**

"Alternatives to Hysterectomy," Young at Heart, WHPC  90.3 FM, September 17 and 20, 1992

**NEWSPAPER ARTICLES:**

"Laser Surgery Making Inroads on L.I.," The New York Times, Section 13:8, April 18, 1993

"Endometrial Ablation Stems Irregular Bleeding in ERT Patients." Ob. Gyn. News 30(1):9, January 1, 1995

"Resectoscopic Myomectomy Effective, Safe for Treatment of Chronic Menorrhagia." Ob. Gyn. News 30(3): 34, February 1, 1995

"TEMR or TEA Safely Ends Postmenopausal Bleeding Induced by Hormone Rx," Ob/Gyn News 3(1):7, March 1995

"Belaboring the Point," (The Windup), Newsday, June 25, 1995

"Mannitol Found Safer than Glycine during Hysteroscopy," Medical Tribune, January 22, 1998

**BOOK REFERENCE:**

How To Find The Best Doctors in New York Metro Area For You And Your Family, Castle Connolly Medical Ltd, 2.122, 1994

How To Find The Best Doctors in New York Metro Area For You And Your Family, Castle Connolly Medical Ltd, 1997

**VIDEO:**

Phillips DR, Goldfarb H: Myolysis: Myoma Coagulation," Gynecologic Workshops, No. 1, March 1994

Phillips DR, Goldfarb H: Myoma Coagulation (Myolysis) Comparison of Nd:YAG Laser vs. Bipolar Needle Technique, MVP Video Journal of Obstetrics/Gynecology, Volume VIII, No.II, March 1995

Phillips DR, Goldfarb H: Myoma Coagulation (Myolysis) Comparison of Nd:YAG Laser vs. Bipolar Needle Technique, Video Ob/Gyn Time I Tape I, 1995

"Endometrial Ablation/Endomyometrial Resection," Best Practices in Obstetrics and Gynecology, Kaiser-Permanent Medical Group, California, December 3, 1995

**MEDICAL INSTRUMENTATION DESIGNED:**

"Phillips Bipolar Coagulation Needles" for Laparoscopic Leiomyoma Coagulation (Myolysis); CAT# 1430-B and 1445-B, J.E.M.D. Medical, 14 Herzog Place, Hicksville, New York 11801

"Phillips Bipolar Interchangeable Needle System (B.I.N.S.)" for Laparoscopic Leiomyoma Coagulation (Myolysis); J.E.M.D. Medical, 14 Herzog Place, Hicksville, New York 11801

**CONTINUING MEDICAL EDUCATION:**

Clinical and Histopath Overview of Obstetrics and Gynecology
9/24/85 - 9/28/85 (39 hrs.)
St. Barnabas Medical Center
New York, New York

Annual Semmelweis-Waters Ob/Gyn Conference
3/27/87 - 3/30/87   (19 hours)
UMDNJ-NJ Medical School Department Ob/Gyn
Atlantic City, New Jersey

Advanced Gynecologic Surgery
4/12/87 - 4/15/87   (20 hrs.)
St. Barnabas Medical Center
New York, New York

Gynecologic Laser Surgery
5/22/87 - 5/23/87   (10 hrs.)
Germantown Hospital and Medical Center
Germantown, Pennsylvania

The YAG Laser: Applications in Gynecology
1/29/88 - 1/30/88   (14 hrs.)
AAGL
Phoenix, Arizona

Clinical Workshop in Hysteroscopy
3/18/88 - 3/20/88   (14 hrs.)
Cedars Sinai Medical Center
Los Angeles, California

Ablation of the Endometrium with Laser
3/24/88   (8 hrs.)
Grant Medical Center
Columbus, Ohio

Advanced Laparoscopic and Hysteroscopic Surgery
4/29/88 - 4/30/88   (15 hrs.)
University of Massachusetts
Worcester, Massachusetts

Contact and Panoramic Hysteroscopy
6/03/88 - 6/04/88   (11 hrs.)
Harvard Medical School
Boston, Massachusetts

Advanced Colposcopy
6/15/88 - 6/18/88   (15 hrs.)
Danbury Hospital
New York, New York

39

Specialty Review in Obstetrics and Gynecology
10/15/88 - 10/22/88   (55 hrs.)
Cook County Graduate School of Medicine
Chicago, Illinois

28th Annual Postgraduate Course in Obstetrics and Gynecology
10/25/88 - 10/28/88   (35 hrs.)
College of Physicians and Surgeons of Columbia
New York, New York

14th Annual Ob/Gyn Review
10/30/88 - 11/11/88   (140 hrs.)
University of Miami School of Medicine
Miami, Florida

Ob/Gyn Review Course
11/25/88 - 12/04/88   (140 hrs.)
Perinatal Resources, Inc. & Reproductive Research and Development
Columbus, Ohio

Surgical Hysteroscopy
12/17/88 - 12/18/88   (13 hrs.)
College of Physicians and Surgeons of Columbia
New York, New York

Annual Semmelweis-Waters Ob/Gyn Conference
3/31/89 - 4/02/89   (18 hrs.)
UMDNJ-NJ Medical School Department of Ob/Gyn
Atlantic City, New Jersey

Medico-Legal Issues in Obstetrics and Gynecology
4/12/89 - 4/14/89   (19 hrs.)
Harvard Medical School
Boston, Massachusetts

Sixth Annual Seminar in Ob/Gyn Ultrasound
6/09/89 - 6/10/89   (10 hrs.)
NYU Post Graduate Medical School
New York, New York

Reproductive Endocrinology and Infertility
8/21/89 - 8/26/89   (25 hrs.)
American Fertility Society
Bermuda

40

Hysteroscopy
9/21/89 (7 hrs.)
George Washington University
Washington, D.C.

Third Annual Update in Pelvic and Vaginal Surgery
11/09/89 - 11/10/89 (12 hrs.)
Texas A&M University College of Medicine
San Antonio, Texas

Advanced Colposcopy HPV Tutorial Carbon Dioxide Laser
11/17/89 - 11/19/89 (12 hrs.)
American Society for Colposcopy and Cervical Pathology
Ponte Verde Beach, Florida

Transvaginal Sonography
11/29/89 - 12/01/89 (24 hrs.)
University of Rochester School of Medicine
Rochester, New York

Diagnosis and Treatment of HPV Lesions of the Genital Tract
12/10/89 - 12/13/89 (18 hrs.)
University of Alabama
Acapulco, Mexico

Annual Semmelweis-Waters Ob/Gyn Conference
3/09/90 - 3/11/90 (18 hrs.)
UMDNJ-NJ Medical School Department of Ob/Gyn
Atlantic City, New Jersey

Colposcopy, Hysteroscopy, Laser Surgery
6/05/90 - 6/09/90 (36.5 hrs.)
St. Joseph's Hospital of Atlanta, Georgia
Atlanta, Georgia

Intensive Vaginosonography
6/15/90 (7 hrs.)
American Association of Gynecological Laparoscopists
San Antonio, Texas
Annual Semmelweis-Waters Ob/Gyn Conference
3/04/91 - 3/06/91 (18 hrs.)
UMDNJ-NJ Medical School Department of Ob/Gyn
Atlantic City, New Jersey

41

Clinical Course for Surgical Pelviscopy
6/06/91 - 6/09/91  (15 hrs.)
International Federation of Gynecologic Laparoscopists
New York, New York

Laparoscopic Hysterectomy
7/24/91 - 7/25/91  (14 hrs.)
Chattanooga Women's Laser Center
Chattanooga, Tennessee

Laparoscopic Surgery and Urology
12/11/91  (4 hrs.)
The Nassau Surgical Society
East Meadow, New York

The Second International Symposium on Gynecologic Surgery and Adhesions
Prevention
1/31/92 - 2/02/92  (16 hrs.)
Symposia Medicus
Palm Beach, Florida

How To Use What The Experts Know To Avoid Laparoendoscopic Surgery
Complications
3/13/92 - 3/14/92  (11 hrs.)
The Society of Laparoendoscopic Surgeons
Palm Beach, Florida

Mid-Atlantic Course in Operative Hysteroscopy and Resectoscopy
4/10/92 - 4/11/92  (14 hrs.)
Harbor Hospital Center
Baltimore, Maryland

Medical Liability Mutual Insurance Company Risk Management Conference
5/18/92  (5 hrs.)
MMLIC
Garden City, New York

International Congress of Gynecologic Endoscopy
9/23/92 - 9/27/92  (24 hrs.)
AAGL 21st Annual Meeting
Chicago, Illinois

42

11th Clinical Course for Pelviscopic Hysterectomy without Colpotomy
11/20/92 - 11/21/92   (15 hrs.)
Staten Island University Hospital
Staten Island, New York

The Nassau Surgical Society 12th Annual Clinic Day
12/03/92   (4 hrs.)
Nassau Surgical Society
Uniondale, New York

4th Annual Medical Conference
12/5/92 - 12/12/92   (10 hrs.)
South Nassau Communities Hospital
Aruba

First Annual Gynecology Conference:
Operative Hysteroscopy and Resectoscopy
3/19/93 - 3/20/93 (14 hrs.)
South Nassau Communities Hospital
Oceanside, New York

Advanced Operative Endoscopy
5/22/93 - 5/24/93 (14 hrs.)
Interfaith Hospital
Brooklyn, New York

Gynecological Endoscopy
6/05/93 - 6/06/93 (14 hrs.)
Staten Island University Hospital
Staten Island, New York

Advanced Operative Gynecology
6/11/93 (8 hrs.)
Ethicon
Somerville, New Jersey

Operative Laparoscopy and Hysteroscopy
6/26/93 - 6/27/93 (14 hrs.)
John F. Kennedy Medical Center
Edison, New Jersey

First International Gynecologic Endoscopic Film Festival
8/27/93 - 8/28/93 (15 hrs.)
AAGL
San Diego, California

43

Semi-Annual Gynecology Conference:
Operative Hysteroscopy, Resectoscopy, and Laparoscopy
9/10/93 - 9/11/93 (16 hrs.)
South Nassau Communities Hospital
Oceanside, New York

Current Issues in Diagnostic and Operative Hysteroscopy
AAGL 22nd Annual Meeting
11/11/93 (6 hrs.)
San Francisco, California

The World Congress of Gynecologic Endoscopy
AAGL 22nd Annual Meeting
11/12/93 - 11/14/93 (17 hrs.)
San Francisco, California

The Nassau Surgical Society 13th Annual Clinic Day
12/08/93    (4 hrs.)
Nassau Surgical Society
Uniondale, New York

The Fifth International Vaginal Surgery Conference
3/17/94 - 3/19/94 (17 hrs.)
St. Louis, Missouri

Operative Laparoscopy and Hysteroscopy Workshop
4/29/94 - 4/30/94 (15 hrs.)
Uniondale, New York

Laparoscopic Treatment of Pelvic Floor Support Disorders
5/21/94 (7 hrs.)
American Association of Gynecologic Laparoscopists
New York, New York

Medical Liability Mutual Insurance Company Risk Management Conference
5/23/94    (3 hrs.)
MILMIC
Garden City, New York

56th US Section Annual Meeting and North American Federation Congress
6/9/94 - 6/11/94 (16 hrs.)
International College of Surgeons
Cleveland, Ohio

44

Advances in Gynecology: A Managed Care Perspective
6/23/94 - 6/25/94 (12.5 hrs.)
Medical Education Collaborative
Washington, D.C.

Second International Gynecologic Endoscopic Film Festival
7/8/94 - 7/9/94 (15 hrs.)
AAGL
San Diego, California

Gynecology Update: Important Issues and Controversies Facing the Gynecologist Today
Muhlenberg Regional Medical Center
10/15/94 (3.5 hrs.)
Jamesburg, New Jersey

The World Congress of Gynecologic Endoscopy
AAGL 23nd Annual Meeting
10/19/94 -10/23/94 (20 hrs.)
New York, New York

Advances in Gynecology: Improving Outcomes
4/21/95 - 4/22/95 (9 hrs.)
Medical Education Collaborative
New York, New York

Voiding Dysfunction in the Female: A Urologic and Gynecologic Perspective
6/10/95 - 6/11/95 (11.0 hrs.)
Long Island Jewish Medical Center
New Hyde Park, New York

Medical Liability Mutual Insurance Company Risk Management Conference
7/19/95   (3 hrs.)
MLMIC
Garden City, New York

Office Laparoscopy Under Local Anesthesia
9/15/95 - 9/16/95 (16 hrs.)
Yale University School of Medicine
New Haven, Connecticut
AAGL 24nd Annual Meeting
11/9/95 - 11/12/95 (15 hrs.)
AAGL
Orlando, Florida

45

Second World Congress of Hysteroscopy
2/9/96 - 2/11/96 (17 hrs.)
AAGL
Miami, Florida

Update 1996: Current Issues and New Techniques in Gynecology
7/26 - 7/27/96 (9.5 hrs.)
Medical Education Collaborative
San Francisco, California

AAGL 25th Annual Meeting
9/25/96 - 7/29/96 (15 hrs.)
AAGL
Chicago, Illinois

Medical Liability Mutual Insurance Company Risk Management Conference
11/16/96   (3 hrs.)
MLMIC
Rosalyn, New York

Contemporary Issues in the Management of Endometriosis and Uterine Fibroids:
Improving Outcomes
2/14/97 - 2/15/97 (10 hrs.)
Medical Education Collaborative
Houston, Texas

Fifth Annual Gynecologic Endoscopy Seminar/Workshop
3/22/97 (8 hrs.)
Holy Cross Hospital
Silver Springs, Maryland

Current Issues and New Techniques in Gynecology
7/10/97 - 7/11/97 (10.5 hrs.)
Medical Education Collaborative
San Francisco, California

Improving Outcomes: Diagnosis and Treatment of Gynecological Disorders into the
21st Century
7/23/97 (3.5 hrs.)
CME Consultants, Inc
Baton Rouge, Louisiana

Improving Outcomes: Diagnosis and Treatment of Gynecological Disorders into the
21st Century
7/23/97 (3.5 hrs.)

46

CME Consultants, Inc
Metairie, Louisiana

Management of Gynecologic Disorders for the Next Millennium: Improving Outcomes
9/5/97 - 9/6/97 (9.5 hrs.)
Medical Education Collaborative
New York, New York

Obstetrics and Gynecology Section
Thirty-Fourth Annual Clinic Day
12/10/97 (4 hrs.)
The Nassau Surgical Society, Inc.
Uniondale, New York

World Congress on Hysteroscopy and Related Technologies in the Management of
Abnormal Uterine Bleeding (AUB)
2/27/98 - 3/1/98 (16 hrs.)
AAGL
Miami, Florida

Management of Complex Gynecologic Conditions: Improving Outcomes
7/24/98 (6.5 hrs.)
Medical Education Collaborative
New York, New York

Gynecology for the Next Millennium
7/31/98 - 8/1/98 (9.5 hrs.)
Medical Education Collaborative
Chicago, Illinois

AAGL 27nd Annual Meeting
11/14/98 - 11/19/98 (29 hrs.)
AAGL
Orlando, Florida

Risk Management Seminar
12/5/98 (3 hrs.)
Medical Risk Management, Inc.
Elmhurst, New York

Nassau Surgical Society 35th Annual Clinic Day
12/9/98 (4 hrs.)
Nassau Surgical Society
Uniondale, New York

Diagnostic and Operative Hysteroscpy Course/Workshop
April 17, 1999 (8 hrs.)
G.A.T.E. Institute of Holy Cross Hospital
Silverspring, Maryland

Making a Difference: New Treatment Strategies for Difficult Gynecologic Disorders
7/9/99 (8 hrs.)
Medical Education Collaborative
New York, New York

Advanced Concepts in Diagnostic and Operative Hysteroscopy
10/22/99 - 10/23/99 (10 hrs.)
Education Design
Washington, D.C.

AAGL 28th Annual Meeting
11/8/99 - 11/11/99 (21 hrs.)
AAGL
Los Vegas, Nevada

Diagnostic and Operative Hysteroscopic Course/Workshop
12/11/99 (8 hrs.)
G.A.T.E. Institute of Holy Cross Hospital
Silver Spring, Maryland

Changing Perspectives: A New Outlook in Gynecologic Disorders
2/11/00 (6.5 hrs.)
Medical Education Collaborative
New York, New York

Symposium on Hysteroscopy
2/25/00 - 2/27/00 (15 hrs.)
American Association of Gynecologic Laparoscopists
Miami Beach, Florida

Risk Management Seminar
5/9/00 (3 hrs.)
Medical Risk Management, Inc.
Garden City, New York

Innovative Treatment for Uterine Fibroids Seminar/Workshop
6/3/00 (7 hrs.)
G.A.T.E. Institute of Holy Cross Hospital
Silver Spring, Maryland

48

Risk Management Seminar
10/17/01 (3 hrs.)
Medical Malpractice Liability Insurance Company
East Meadow, New York

AAGL 30th Annual Meeting
11/16/01 - 11/19/01 (24 hrs.)
AAGL
Los Vegas, Nevada

Key Strategies and Techniques for Advanced Operative Laparoscopy and Hysteroscopy
11/30/01 - 12/1/01 (16 hrs.)
AAGL
Cincinnati, Ohio

AAGL 31th Annual Meeting
11/20/02 - 11/24/02 (34 hrs.)
AAGL
Miami, Florida

Hysterectomy Alternatives
10/11/03 (9.5 hrs.)
NYU Downtown Hospital
New York, New York

AAGL 32th Annual Meeting
11/19/03 - 11/22/03 (33 hrs.)
AAGL
Los Vegas, Nevada

AAGL 33th Annual Meeting
11/10/04 - 11/13/04 (26 hrs.)
AAGL
Los Vegas, Nevada

Office Lipoplasty Under Local Anesthesia and
Office Based Medical Cosmetic Procedures For The Gynecologic Practice
12/03/04 - 12/05/04 (26 hrs.)
International Society of Cosmetogynecology
Bayonne, New Jersey

Klein Tumescent Liposuction Course
3/10/05 - 3/12/05 (24 hrs.)
American Academy of Dermatology
San Juan Capistrano, California

49

Medical Liability Mutual Insurance Company
06/24/06 (4.75 hrs.)
Proactive Risk Management Follow-Up Program
Merrick, New York

American Board of Obstetrics and Gynecology
12/31/05 (25 hrs.)
Annual Board Certification Examination
Dallas, Texas

American Board of Obstetrics and Gynecology
11/01/06 (25 hrs.)
Annual Board Certification Examination
Dallas, Texas

AAGL 35th Annual Meeting
11/06/06 - 11/09/06 (29 hrs.)
AAGL
Los Vegas, Nevada

American Board of Obstetrics and Gynecology
11/26/07 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

Medical Liability Mutual Insurance Company
05/14/08 (6.0 hrs.)
Proactive Risk Management Follow-Up Program II
Merrick, New York

Maintenance of Certification, Part II-ABC Examination
12/03/08 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
10/28/09 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
10/28/10 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
09/26/11 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
04/30/12 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

Medical Liability Mutual Insurance Company
03/25/12 (6.0 hrs.)
Proactive Risk Management Follow-Up Program II
Merrick, New York

Ultrasound Video Classroom 2012
01/01/12 - 12/31/12 (32 hrs.)
Thomas Jefferson Medical College
Philadelphia, Pennsylvania

American Institute of Ultrasound in Medicine
03/19/13 (3.0 hrs.)
Ultrasound Articles Review
Merrick, New York

American Institute of Ultrasound in Medicine
03/21/13 (3.0 hrs.)
Ultrasound Articles Review
Merrick, New York

American Institute of Ultrasound in Medicine
2013 Annual Convention
04/06/13 - 04/10/13 (27 hrs.)
New York, New York

American Institute of Ultrasound in Medicine
04/24/13 (4.0 hrs.)
Ultrasound Articles Review
Merrick, New York

American Institute of Ultrasound in Medicine
04/26/13 (2.0 hrs.)
Ultrasound Articles Review
Merrick, New York

51

American Institute of Ultrasound in Medicine
04/30/13 (6.0 hrs.)
Ultrasound Articles Review
Merrick, New York

American Institute of Ultrasound in Medicine
06/12/13 (2.0 hrs.)
Ultrasound Articles Review
Merrick, New York

Maintenance of Certification, Part II-ABC Examination
08/19/13 (25 hrs.)
Annual Board Certification Examination
Dallas, Texas

Ob/Gyn Ultrasound-Core Course
09/18/13 - 09/20/13 (17.75 hrs.)
Thomas Jefferson Medical College
Philadelphia, Pennsylvania

The 2013-2014 Medical-Dental-Legal Update
03/31/14 - 04/03/14 (20.0 hrs.)
Marriott Resort Aruba
Aruba

Maintenance of Certification, Part II-ABC Examination
06/06/14 (25 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
10/22/14 (10 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
09/10/15 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

American Institute of Ultrasound in Medicine
2016 Annual Convention
03/18/16 - 03/21/16 (29 hrs.)
New York, New York

52

Maintenance of Certification, Part II-ABC Examination
05/18/16 (35 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
03/24/17 (28 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination (Additional CME Credits)
05/17/17 (13 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination
03/24/17 (28 hrs.)
Annual Board Certification Examination
Dallas, Texas

Maintenance of Certification, Part II-ABC Examination (Additional CME Credits)
02/15/18 (10 hrs.)
Annual Board Certification Examination
Dallas, Texas

Total Hours: 2,294.5 Hours

**PERSONAL:**

Married
Two Children
Four Grandchildren
Place of Birth: Brooklyn, New York

**REFERENCES:**

Upon Request

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

A.  I, REINA I. FERNANDEZ, (hereinafter "Patient:), authorize Silanee Medical, LLC, and his/her, its insurer(s), self-insurer(s), and attorney(s) may obtain and disclose (within the parameters set out below) the protected health information described below for the following specific purposes:

   1.  Facilitation the investigation and evaluation of the medical negligence claim described in the accompanying presuit notice; or

   2.  Defending against any litigation arising out of the medical negligence claim made on the basis of the accompanying presuit notice;

   3.  Obtaining legal advice or representation arising out of the negligence claim described in the accompanying presuit notice.

B.  The health information obtained, used, or disclosed extends to, and includes, the verbal as well as the written and is described as follows:

   1.  The health information in the custody of the following health care providers who have examined, evaluated, or treated the Patient in connection with injuries complained of <u>after</u> the alleged act of negligence:

        Miami Beach Community Health Center
        11645 Biscayne Boulevard
        Suite 308
        Miami, FL 33181

        North Shore Medical Center
        1100 N.W. 95th Street
        Miami, FL 33150

        David Alan Robbins, M.D.
        12411 Biscayne Boulevard
        North Miami, FL 33181

        Akshay Bhandari. M.D.
        4302 Alton Road
        MSOP Suite 540
        Miami Beach, FL 33140

        Mt. Sinai Medical Center
        4300 Alton Road
        Miami Beach, FL 33140

This authorization extends to any additional health care providers that may in the future evaluate, examine, or treat the Patient for injuries complained of.

2. The health information in the custody of the following health care providers who have examined, evaluated, or treated the Patient during a period commencing 2 years before the incident that is the basis of the accompanying presuit notice:

> Miami Beach Community Health Center
> 11645 Biscayne Boulevard
> Suite 308
> Miami, FL 33181

C. This authorization does not apply to the following list of health care providers possessing health care information about the Patient because the Patient certifies that such health care information is not potentially relevant to the claim of personal injury or wrongful death that is the basis of the accompanying presuit notice:

> None.

D. The persons or class of persons to whom the Patient authorizes such health information to be disclosed or by whom such health information is to be used:

1. Any health care provider providing care or treatment to the Patient.

2. Any liability insurer or self-insurer providing liability insurance coverage, self-insurance, or defense to any health care provider to whom presuit notice is given, or to any health care provider to whom presuit notice is given, or to any health care provider listed in subsections B.1.-2. above, regarding the care and treatment of the Patient.

3. Any consulting or testifying expert employed by on or behalf of Silanee Medical, LLC, and his/her/its insurer(s), self-insurer(s), or attorney(s) regarding the matter of the presuit notice accompanying this authorization.

4. Any attorney (including his/her staff)) employed by or on behalf of Silanee Medical, LLC, or employed by or on behalf of any health care provider(s) listed in subsections B.1.-2. above, regarding the matter of the presuit notice accompanying this authorization or the care and treatment of the Patient.

5. Any trier of the law or facts relating to any suit filed seeking damages arising out of the medical care of treatment of the Patient.

E. This authorization expressly allows the persons or class of persons listed in subsections D.2.-4. above to interview the healthcare providers listed in subsections B.1.-2. above, without the presence of the Patient or the Patient's attorney.

2

F.  This authorization expires upon resolution of the claim or at the conclusion of any litigation instituted in connection with the matter of the presuit notice accompanying this authorization, whichever occurs first.

G.  The Patient understands that, without exception, the Patient has the right to revoke this authorization in writing. The Patient further understands that the consequence of any such revocation is that the presuit notice under §766.106(2), Florida Statutes, is deemed retroactively void from the date of issuance, and any tolling effect that the presuit notice may have had on any applicable statute-of-limitations periods is retroactively rendered void.

H.  The Patient understands that signing this authorization is not a condition for continued treatment, payment, enrollment, or eligibility for health plan benefits.

I.  The Patient understands that information used or disclosed under this authorization may be subject to additional disclosure by the recipient and may not be protected by federal HIPAA privacy regulations.

Signature of Patient: _____
                        REINA ISABEL FERNANDEZ

Date: _____

Name of Patient:    REINA I. FERNANDEZ

Name of Patient/Representative: _____

Description of Representative's Authority: _____

3

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division
Claims Office
330 C Street, S.W.
Switzer Building, Suite 2100
Washington, D.C. 20201
Ph: (202) 691-2369

SEP 1 3 2019

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Certified Receipt Number: 7009 1680 0001 6712 3311

Marc P. Ganz
Nosich & Ganz
75 Valencia Avenue, Suite 1100
Coral Gables, FL 33134

## Re: Administrative Tort Claim of Reina Isabel Fernandez, Claim No. 2019-0417

Dear Mr. Ganz:

On May 8, 2019, you filed an administrative tort claim under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b), 2401(b), 2671-80, on behalf of your client, Reina Fernandez, alleging, *inter alia*, that, on July 17, 2018, the medical providers at Miami Beach Community Health Center, located in Miami Beach, Florida, negligently performed Ms. Fernandez's hysterectomy, resulting in her suffering a ureteral injury.

The FTCA authorizes the settlement of any claim of money damages against the United States for, *inter alia*, injury or death caused by the negligent or wrongful act or omission of any employee of the federal government, while acting within the scope of employment. Under the FTCA, said act or omission must be such that the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination of the administrative tort claim, as required by 28 U.S.C. §§ 2401(b), 2675(a). The administrative tort claim of Reina Fernandez is denied. The evidence fails to establish that the alleged injuries were due to the negligent or wrongful act or omission of a federal employee acting within the scope of employment.

If your client is dissatisfied with this determination, she may:

1.  file a written request with the Agency for reconsideration of the final determination denying the claim within six (6) months from the date of mailing of this determination (28 C.F.R. § 14.9); or

2.  file suit against the United States in the appropriate federal district court

EXHIBIT "B"

Marc P. Ganz
Page 2

within six (6) months from the date of mailing of this determination (28 U.S.C. § 2401(b)).

In the event your client requests reconsideration, the Agency will review the administrative tort claim within six (6) months from the date the request is received.   If the reconsidered administrative tort claim is denied, your client may file suit within six (6) months from the date of mailing of the final determination.

Sincerely yours,

Jennifer B. Smith

Jennifer B. Smith
Acting Deputy Associate General Counsel
Claims and Employment Law Branch