UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-cv-24073 BLOOM/Louis

REINA ISABEL FERNANDEZ and
SERGIO FLORES, her husband,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendants.
_____

## PLAINTIFFS', REINA ISABEL FERNANDEZ and SERGIO FLORES EXPERT WITNESS DISCLOSURE

    The Plaintiffs, REINA ISABEL FERNANDEZ and SERGIO FLORES, her husband, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, Rule 26 and this Court's Order Setting Trial and Pre-Trial Schedule and designates the following expert witnesses to be called at the time of trial of this matter.

**I.   RETAINED EXPERTS**

    1.    Douglas R. Phillips, MD, FACOG, FACS, FICS
           2428 Merrick Road
           Bellmore, New York 11710

    Dr. Phillips is Board Certified expert in obstetrics and gynecology.  Dr. Phillips will testify as to the standard of care and departures thereof on the part of Allen Silanee, M.D.  Dr. Phillips will testify that Dr. Silanee deviated from the acceptable standards of care in his pre-operative and operative care of Reina Isabel Fernandez resulting in an injury to her right ureter.  More details of Dr. Phillips' opinions as well as the required disclosures are being contemporaneously served upon the Defendant at the time of filing of this disclosure.

CASE NUMBER:  19-cv-24073 BLOOM/Louis
Page 2

    2.    Jay A. Motola, M.D., F.A.C.S.
          Mount Sinai West
          425 West 59th Street, Suite 4F
          New York, New York 10019

Dr. Motola is a Board Certified urologist and will testify as to causation and damages. More specifically, he will testify as to how the care and treatment of Allen Silanee, M.D. caused an injury to Reina Isabel Fernandez's right ureter and discuss the multiple surgical procedures that were required for Ms. Fernandez and the potential impact upon her in the future. More details of Dr. Motola's opinions as well as the required disclosures are being contemporaneously served upon the Defendant at the time of filing of this disclosure.

## II.  NON-RETAINED EXPERTS

The following treating physicians will also potentially be providing expert witness testimony and in an abundance of caution, Plaintiffs are identifying:

    1.    David A. Robbins, M.D.
          12411 Biscayne Boulevard
          Suite 920
          Miami, Florida 33181

Dr. Robbins will testify regarding his surgery to repair the ureteral injury and the cause thereof.

    2.    Akshay Bhandari, M.D.
          4302 Alton Road
          Suite 540
          Miami Beach, Florida 33143

Dr. Bhandari will testify about his surgical treatment of Reina Isabel Fernandez for the further treatment of the ureteral injury and future course of care needed by Ms. Fernandez.

    3.    Plaintiffs reserve the right to add to this Expert Witness List in accordance with the ongoing discovery in this matter.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 25, 2020 we electronically served the foregoing on counsel for Defendants.

        NOSICH & GANZ, Attorneys at Law
        **Attorneys for Plaintiffs**
        75 Valencia Avenue, Suite 100
        Coral Gables, Florida 33134
        Tel:     (305) 442-4800
        Fax: (305) 442-2339
        Email:  mganz@ngattorneys.com
        dfutch@ngattorneys.com
        asantana@ngattorneys.com
        lgrillo@ngattorneys.com

*Marc P. Ganz*

By: _____
     Marc P. Ganz, Esquire
     Florida Bar Number: 949337
     Adam Santana, Esquire
     Florida Bar Number: 99640

CASE NUMBER: 19-cv-24073 BLOOM/Louis
Page 4

## SERVICE LIST
Reina I. Fernandez & Sergio G. Flores vs. USA (Allen Silanee, M.D.
Miami Beach Community Health Center, Inc., etc.)

Karin D. Wherry (509530)
Assistant United States Attorney
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel:   (305) 961-9016
Cell:  (786) 360-9798
Email: Karin.wherry@usdoj.gov
**Attorneys for United States of America**